UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER UNDERWOOD, LOUIS OBERLANDER, and ZENEYDA PATIN, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>COINBASE GLOBAL, INC.,<br><br>*Defendants*. | No. 1:21-cv-08353-PAE |

**DECLARATION OF JORDAN A. GOLDSTEIN IN SUPPORT OF PLAINTIFFS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF SILVER GOLUB & TEITELL LLP AND SELENDY & GAY PLLC AS CO-LEAD COUNSEL**

I, Jordan A. Goldstein, declare as follows:

1. I am a partner of Selendy & Gay, PLLC. I am admitted to the bar of the State of New York and admitted to practice before this Court and am in good standing.

2. I make this declaration in support of the motion of Louis Oberlander, Henry Rodriguez, and Christopher Underwood for (1) appointment as Lead Plaintiffs and (2) approval of Lead Plaintiffs' selection of counsel.

3. Attached as Exhibit A is Plaintiff Louis Oberlander's Certification of Lead Plaintiff Motion for Securities Class Action, which includes as Schedule A a true and accurate copy of the trading history of Plaintiff Louis Oberlander on Coinbase and Coinbase Pro.

4. Attached as Exhibit A-1 is a true and accurate summary of Mr. Oberlander's losses on Coinbase and Coinbase Pro.

5. Attached as Exhibit B is Plaintiff Henry Rodriguez's Certification of Lead Plaintiff Motion for Securities Class Action, which includes as Schedule B a true and accurate copy of the trading history of Plaintiff Henry Rodriguez on Coinbase and Coinbase Pro.

6. Attached as Exhibit B-1 is a true and accurate summary of Mr. Rodriguez's losses on Coinbase and Coinbase Pro.

7. Attached as Exhibit C is Plaintiff Christopher Underwood's Certification of Lead Plaintiff Motion for Securities Class Action, which includes as Schedule C a true and accurate copy of the trading history of Plaintiff Christopher Underwood on Coinbase.

8. Attached as Exhibit C-1 is a true and accurate summary of Mr. Underwood's losses on Coinbase.

9. Attached as Exhibit D is a true and correct copy of Selendy & Gay, PLLC's firm resume and relevant attorney profiles.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 13, 2021
New York, New York

By: */s/ Jordan A. Goldstein*
Jordan A. Goldstein
SELENDY & GAY, PLLC
1290 Avenue of the Americas
New York, NY  10104
Tel: 212-390-9000
jgoldstein@selendygay.com