# Exhibit A-1

**Oberlander Loss Summary (Ex. A-1)**

|  | Tokens Purchased | Tokens Sold | Net Purchase | Value Spent | Value Received in Sales | Funds Expended | Realized Gains or Losses | Unrealized Gains or Losses |
|---|---|---|---|---|---|---|---|---|
| 1Inch | 27.44 | 27.44 | 0.00 | $76.04 | $66.93 | $9.12 | ($9.12) | N/A |
| AAVE | 10.42 | 8.63 | 1.79 | $3,464.13 | $2,537.66 | $926.47 | ($348.53) | ($39.09) |
| ACH | 83,135.30 | 83,135.30 | 0.00 | $7,758.41 | $7,858.17 | ($99.76) | $99.76 | N/A |
| ADA | 5,714.65 | 4,908.18 | 806.47 | $11,680.20 | $10,607.93 | $1,072.27 | $412.02 | ($393.89) |
| ALGO | 1,833.38 | 869.00 | 964.38 | $1,905.54 | $775.48 | $1,130.06 | ($257.59) | $461.52 |
| AMP | N/A | N/A | N/A | N/A | N/A | $0.00 | N/A | N/A |
| ANKR | 984.00 | 984.00 | 0.00 | $83.54 | $86.23 | ($2.69) | $2.69 | N/A |
| ATOM | 81.00 | 88.00 | -7.00 | $1,936.92 | $2,234.46 | ($297.54) | $297.54 | N/A |
| AVAX | 394.05 | 322.54 | 71.52 | $28,283.84 | $21,627.61 | $6,656.23 | ($1,879.34) | $1,243.54 |
| AXS | 1.51 | 1.51 | 0.00 | $223.82 | $226.15 | ($2.33) | $2.33 | N/A |
| BAL | 0.00 | 0.15 | -0.15 | $0.00 | $2.88 | ($2.88) | $2.88 | N/A |
| BAT | 1,817.32 | 1,646.69 | 170.63 | $1,071.55 | $935.13 | $136.42 | ($7.60) | ($12.95) |
| BOND | 14.51 | 14.60 | -0.09 | $331.87 | $332.16 | ($0.29) | $0.29 | N/A |
| CELO | 65.01 | 65.01 | 0.00 | $163.28 | $168.21 | ($4.93) | $4.93 | N/A |
| CETH | N/A | N/A | N/A | N/A | N/A | $0.00 | N/A | N/A |
| COMP | 3.84 | 1.65 | 2.19 | $1,485.02 | $668.79 | $816.23 | ($10.26) | ($137.76) |
| CRV | 257.44 | 257.37 | 0.07 | $726.36 | $734.93 | ($8.58) | $8.58 | $0.06 |
| CTSI | 225.50 | 225.50 | 0.00 | $112.99 | $107.58 | $5.41 | ($5.41) | N/A |
| CVC | 163.00 | 163.00 | 0.00 | $35.44 | $35.14 | $0.30 | ($0.30) | N/A |
| DAI | 96.21 | 49.48 | 46.73 | $100.00 | $8.73 | $91.27 | ($42.70) | ($1.84) |
| DASH | 20.58 | 20.57 | 0.01 | $5,609.63 | $5,223.22 | $386.40 | ($386.40) | ($0.16) |
| DNT | 1,729.00 | 1,729.00 | 0.00 | $210.17 | $214.76 | ($4.59) | $4.59 | N/A |
| DOGE | 13,675.40 | 14,050.50 | -375.10 | $3,497.46 | $3,559.83 | ($62.37) | $62.37 | N/A |
| DOT | 73.78 | 73.78 | 0.00 | $1,327.81 | $1,347.69 | ($19.88) | $19.88 | N/A |
| ENJ | 1,673.65 | 1,673.65 | 0.00 | $3,111.27 | $3,128.42 | ($17.15) | $17.15 | N/A |
| EOS | 15.30 | 15.30 | 0.00 | $59.82 | $60.85 | ($1.03) | $1.03 | N/A |
| FIL | 47.89 | 47.87 | 0.02 | $4,358.04 | $3,659.79 | $698.25 | ($698.25) | ($0.82) |
| FORTH | 189.80 | 189.89 | -0.09 | $3,218.71 | $3,237.22 | ($18.51) | $18.51 | N/A |
| GNT | 3,104.00 | 3,104.00 | 0.00 | $962.27 | $965.74 | ($3.47) | $3.47 | N/A |
| GRT | 1,153.56 | 1,155.78 | -2.22 | $702.46 | $759.78 | ($57.32) | $57.32 | N/A |
| ICP | 15.87 | 15.87 | 0.00 | $1,033.26 | $584.39 | $448.87 | ($448.87) | N/A |
| KEEP | 3,974.20 | 3,974.20 | 0.00 | $1,711.85 | $1,716.14 | ($4.29) | $4.29 | N/A |
| LINK | 106.22 | 115.21 | -8.99 | $2,720.44 | $2,766.94 | ($46.50) | $46.50 | N/A |
| LOOM | 78,510.00 | 78,510.00 | 0.00 | $5,188.48 | $5,201.50 | ($13.02) | $13.02 | N/A |
| LRC | 1,996.67 | 1,996.67 | 0.00 | $1,064.85 | $1,053.33 | $11.52 | ($11.52) | N/A |
| MANA | 5,674.29 | 5,674.29 | 0.00 | $4,810.53 | $4,837.26 | ($26.72) | $26.72 | N/A |
| MATIC | 3,494.90 | 1,944.80 | 1,550.10 | $4,645.82 | $2,702.12 | $1,943.70 | ($118.87) | $1,363.92 |
| MKR | 0.24 | 0.01 | 0.23 | $866.63 | $38.07 | $828.56 | $6.78 | ($274.00) |
| MLN | 1.09 | 1.09 | 0.00 | $100.62 | $78.58 | $22.03 | ($22.03) | N/A |
| NKN | 246.40 | 246.40 | 0.00 | $52.64 | $52.14 | $0.50 | ($0.50) | N/A |
| NMR | 21.96 | 21.96 | 0.00 | $740.36 | $742.23 | ($1.86) | $1.86 | N/A |
| OGN | 591.53 | 591.53 | 0.00 | $409.67 | $368.77 | $40.90 | (40.90) | N/A |
| OMG | 26.90 | 0.00 | 26.90 | $164.87 | $0.00 | $164.87 | N/A | 3.52 |
| ORN | 185.80 | 185.80 | 0.00 | $1,667.01 | $1,676.04 | ($9.03) | $9.03 | N/A |
| OXT | 156.00 | 153.00 | 3.00 | $46.93 | $46.19 | $0.74 | $0.31 | $0.27 |
| PAINT | 52,160.49 | 0.00 | 52,160.49 | $81.25 | $0.00 | $81.25 | N/A | ($68.16) |
| PLA | 707.40 | 707.40 | 0.00 | $599.18 | $599.37 | ($0.18) | $0.18 | N/A |
| POLY | 2,640.00 | 2,640.00 | 0.00 | $1,924.86 | $1,943.13 | ($18.27) | $18.27 | N/A |
| QNT | 4.30 | 4.30 | 0.00 | $1,354.92 | $1,360.43 | ($5.51) | $5.51 | N/A |
| REN | 1,040.00 | 1,040.00 | 0.00 | $1,325.23 | $1,318.85 | $6.38 | ($6.38) | N/A |
| RLC | 934.98 | 743.95 | 191.03 | $4,540.92 | $3,646.08 | $894.84 | $31.52 | ($357.23) |
| SHIB | 820,097,724.00 | 814,458,471.00 | 5,639,253.00 | $11,224.30 | $11,168.56 | $55.74 | ($55.74) | $144.08 |
| SKL | N/A | N/A | N/A | N/A | N/A | $0.00 | N/A | N/A |

1

|  | Tokens Purchased | Tokens Sold | Net Purchase | Value Spent | Value Received in Sales | Funds Expended | Realized Gains or Losses | Unrealized Gains or Losses |
|---|---|---|---|---|---|---|---|---|
| SNX | 1,127.73 | 1,149.59 | -21.86 | $15,720.93 | $15,743.33 | ($22.40) | $22.40 | N/A |
| SOL | 117.22 | 117.23 | 0.00 | $10,527.03 | $10,667.73 | ($140.70) | $140.70 | N/A |
| STORJ | 181.52 | 181.51 | 0.01 | $161.92 | $158.49 | $3.44 | ($3.44) | N/A |
| SUSHI | 265.27 | 265.25 | 0.02 | $3,191.92 | $3,218.63 | ($26.71) | $26.71 | N/A |
| TEL | N/A | N/A | N/A | N/A | N/A | $0.00 | N/A | N/A |
| TRB | 58.98 | 59.97 | -0.99 | $2,462.73 | $2,320.02 | $142.71 | ($142.71) | N/A |
| UMA | 6.46 | 6.46 | 0.00 | $59.32 | $55.06 | $4.26 | ($4.26) | N/A |
| UNI | 136.42 | 120.09 | 16.32 | $3,392.16 | $2,986.93 | $405.23 | $181.87 | ($197.34) |
| USDC | 30,823.68 | 29,572.33 | 1,251.35 | $30,914.94 | $29,481.83 | $1,433.11 | ($142.64) | ($39.13) |
| USDT | 4,750.49 | 2,560.93 | 2,189.56 | $4,837.44 | $2,538.96 | $2,298.47 | ($43.06) | ($65.85) |
| XLM | 804.25 | 231.69 | 572.57 | $535.23 | $88.76 | $446.47 | ($19.34) | ($232.45) |
| XRP | N/A | N/A | N/A | N/A | N/A | $0.00 | N/A | N/A |
| XTZ | 55.05 | 34.46 | 20.59 | $182.80 | $161.26 | $21.54 | $0.47 | $45.69 |
| YFI | 0.02 | 0.00 | 0.01 | $1,111.74 | $151.10 | $960.64 | ($13.76) | ($666.78) |
| ZEC | 11.86 | 1.40 | 10.46 | $3,753.72 | $492.55 | $3,261.17 | $40.80 | ($1,545.81) |
| ZRX | 2,511.25 | 2,239.06 | 272.19 | $2,779.33 | $2,559.14 | $220.19 | $51.48 | ($43.03) |
| FEES: |  |  |  |  |  |  | ($1,013.15) |  |
| TOTALS: | 820,407,570.97 | 814,708,405.84 | 5,699,165.13 | $208,402.43 | $183,695.39 | $24,707.04 | ($4,088.87) | ($813.67) |

|  | Total Realized Losses from Tokens with Net Losses | Total Unrealized Losses from Tokens with Net Losses |
|---|---|---|
|  | ($4,026.34) | ($2,395.82) |