# Exhibit B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1. I, Henry Rodriguez, make this declaration pursuant to § 27(a)(2) of the Securities Act of 1933 (the "Securities Act") and/or § 21D(a)(2) of the Securities Exchange Act of 1934 (the "Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed the Complaint against Coinbase Global, Inc. ("Coinbase" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3. I did not purchase or acquire the digital asset securities that are the subject of the complaint at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired digital asset securities on the trading platforms operated by Coinbase during the class period, including providing testimony at deposition and trial, if necessary.

5. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

6. To the best of my current knowledge, the attached sheet (Schedule B) lists all of my transactions in digital asset securities during the Class Period on Coinbase or Coinbase Pro, as specified in the Complaint.

7. During the three-year period preceding the date on which this Certification is signed, I have served or sought to serve as a representative party on behalf of a class under the federal securities laws only in the following action: *Valenti v. Dfinity USA Research LLC et al.*, 3:21-cv-06118-J (S.D.N.Y).

8. I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such

reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

I certify under penalty of perjury that the foregoing is true and correct. Executed on December 13, 2021.

                                                                         Henry Rodriguez (Dec 13, 2021 11:43 EST)

                                                                            Henry Rodriguez

# SCHEDULE B*

**LIST OF ALL SECURITIES TRANSACTIONS BY HENRY RODRIGUEZ ON COINBASE AND COINBASE PRO**

| Date | Timestamp | Transaction Type | Asset 1 | Asset 2 | Quantity Transacted (Asset 1) | Quantity Transacted (Asset 2) | Subtotal | Total (inclusive of fees) | Fees |
|---|---|---|---|---|---|---|---|---|---|
| 7/7/2020 | 16:10:35 | Buy | LINK | | 1,400.600 | | $7,882.55 | $8,000.00 | 117.45 |
| 7/7/2020 | 19:28:31 | Buy | LINK | | 342.121 | | $1,970.64 | $2,000.00 | 29.36 |
| 7/8/2020 | 22:32:19 | Buy | XRP | | 4,770.890 | | $985.32 | $1,000.00 | 14.68 |
| 7/9/2020 | 16:52:29 | Sell | XRP | | 4,770.890 | | $943.71 | $929.65 | 14.06 |
| 7/9/2020 | 17:53:19 | Buy | LINK | | 152.210 | | $916.00 | $929.65 | 13.65 |
| 7/12/2020 | 16:13:40 | Buy | XRP | | 9,843.553 | | $1,970.64 | $2,000.00 | 29.36 |
| 7/12/2020 | 22:41:59 | Buy | LINK | | 689.514 | | $4,926.59 | $5,000.00 | 73.41 |
| 7/13/2020 | 1:19:04 | Sell | XRP | | 9,843.553 | | $1,959.50 | $1,930.30 | 29.2 |
| 7/13/2020 | 1:21:00 | Buy | LINK | | 237.303 | | $1,901.96 | $1,930.30 | 28.34 |
| 7/13/2020 | 1:24:07 | Buy | LINK | | 242.826 | | $1,970.64 | $2,000.00 | 29.36 |
| 7/13/2020 | 8:38:45 | Buy | LINK | | 270.516 | | $1,970.64 | $2,000.00 | 29.36 |
| 7/13/2020 | 12:59:00 | Buy | LINK | | 626.148 | | $4,926.59 | $5,000.00 | 73.41 |
| 7/13/2020 | 17:04:22 | Buy | LINK | | 391.812 | | $2,955.96 | $3,000.00 | 44.04 |
| 7/13/2020 | 19:30:31 | Sell | LINK | | 4,353.049 | | $30,417.01 | $29,963.80 | 453.21 |
| 7/16/2020 | 1:01:15 | Buy | XRP | | 99,262.221 | | $19,670.71 | $19,963.80 | 293.09 |
| 7/16/2020 | 11:54:48 | Convert | XRP | LINK | 78,802.206 | 1,793.797 | $14,773.92 | $15,000.00 | 226.08 |
| 7/16/2020 | 12:01:06 | Buy | LINK | | 717.969 | | $5,911.91 | $6,000.00 | 88.09 |
| 7/16/2020 | 12:04:07 | Buy | XRP | | 7,732.002 | | $1,477.98 | $1,500.00 | 22.02 |
| 7/16/2020 | 12:24:17 | Buy | XRP | | 24,150.735 | | $4,631.00 | $4,700.00 | 69 |
| 7/17/2020 | 13:51:38 | Sell | XRP | | 52,342.751 | | $10,213.51 | $10,061.36 | 152.15 |
| 7/17/2020 | 14:06:33 | Sell | LINK | | 1,311.250 | | $11,000.00 | $10,836.10 | 163.9 |
| 7/17/2020 | 22:19:10 | Buy | XRP | | 3,032.210 | | $591.19 | $600.00 | 8.81 |
| 7/17/2020 | 23:56:41 | Buy | XRP | | 10,290.122 | | $2,012.47 | $2,042.46 | 29.99 |
| 7/18/2020 | 17:14:33 | Convert | LINK | XRP | 366.175 | 14,651.153 | $2,917.78 | $2,998.06 | 80.28 |
| 7/18/2020 | 17:29:11 | Convert | LINK | XRP | 220.515 | 8,753.476 | $1,765.14 | $1,800.00 | 34.86 |
| 7/19/2020 | 0:45:43 | Buy | XRP | | 12,638.000 | | $2,561.83 | $2,600.00 | 38.17 |
| 7/21/2020 | 21:59:33 | Buy | XRP | | 10,827.889 | | $2,167.70 | $2,200.00 | 32.3 |
| 7/26/2020 | 18:16:17 | Buy | LINK | | 332.670 | | $2,463.30 | $2,500.00 | 36.7 |
| 7/29/2020 | 19:48:07 | Convert | LINK | XRP | 946.496 | 27,090.900 | $6,600.70 | $6,751.29 | 150.59 |
| 8/1/2020 | 20:30:48 | Buy | XRP | | 6,667.242 | | $1,970.64 | $2,000.00 | 29.36 |
| 8/2/2020 | 14:40:25 | Buy | XRP | | 6,802.470 | | $1,970.64 | $2,000.00 | 29.36 |
| 8/8/2020 | 16:59:14 | Convert | XRP | LINK | 50,942.435 | 1,267.381 | $14,711.30 | $15,000.00 | 288.7 |
| 8/8/2020 | 17:08:47 | Buy | XRP | | 16,716.843 | | $4,926.59 | $5,000.00 | 73.41 |
| 8/8/2020 | 18:58:45 | Convert | LINK | XRP | 849.257 | 33,169.486 | $9,755.15 | $10,000.00 | 244.85 |
| 8/9/2020 | 16:26:45 | Convert | XRP | LINK | 34,656.039 | 697.746 | $9,786.11 | $10,000.00 | 213.89 |
| 8/9/2020 | 17:31:03 | Convert | LINK | XRP | 764.260 | 37,653.931 | $10,752.08 | $11,000.00 | 247.92 |
| 8/9/2020 | 17:42:17 | Convert | LINK | XRP | 351.442 | 17,240.947 | $4,923.15 | $5,001.38 | 78.23 |
| 8/9/2020 | 19:06:38 | Buy | LINK | | 351.692 | | $4,926.59 | $5,000.00 | 73.41 |
| 8/11/2020 | 14:35:51 | Sell | LINK | | 351.860 | | $4,396.36 | $4,330.85 | 65.51 |
| 8/11/2020 | 14:47:12 | Sell | XRP | | 119,936.195 | | $34,731.08 | $34,213.59 | 517.49 |
| 8/11/2020 | 20:01:21 | Buy | XRP | | 46,361.730 | | $13,345.59 | $13,544.44 | 198.85 |
| 8/12/2020 | 16:33:39 | Buy | XRP | | 13,906.637 | | $3,941.28 | $4,000.00 | 58.72 |
| 8/12/2020 | 23:19:56 | Convert | XRP | LINK | 24,765.611 | 417.700 | $6,722.28 | $6,998.76 | 276.48 |
| 8/13/2020 | 0:26:16 | Convert | LINK | XRP | 417.700 | 24,086.307 | $6,877.84 | $7,024.02 | 146.18 |
| 8/15/2020 | 14:08:36 | Convert | XRP | XTZ | 10,157.440 | 688.335 | $2,961.52 | $3,000.00 | 38.48 |
| 8/15/2020 | 14:48:35 | Convert | XTZ | XRP | 688.335 | 9,630.444 | $2,873.24 | $2,930.00 | 56.76 |
| 8/15/2020 | 20:46:52 | Convert | XRP | LINK | 23,306.143 | 349.952 | $6,841.39 | $7,000.00 | 158.61 |
| 8/15/2020 | 21:33:36 | Convert | XRP | LINK | 35,755.924 | 556.068 | $10,592.72 | $10,735.72 | 143 |
| 8/16/2020 | 14:46:59 | Convert | LINK | OXT | 262.124 | 6,296.049 | $4,855.83 | $5,000.00 | 144.17 |
| 8/16/2020 | 15:11:37 | Convert | OXT | LINK | 6,296.049 | 236.726 | $4,525.88 | $4,813.96 | 288.08 |
| 8/16/2020 | 18:42:24 | Convert | LINK | XRP | 880.622 | 54,786.046 | $16,334.46 | $16,702.74 | 368.28 |
| 8/17/2020 | 3:23:20 | Buy | XRP | | 9,243.748 | | $2,955.96 | $3,000.00 | 44.04 |
| 8/17/2020 | 3:24:04 | Buy | OXT | | 3,463.101 | | $1,970.64 | $2,000.00 | 29.36 |
| 8/17/2020 | 13:25:40 | Buy | OXT | | 5,304.251 | | $2,955.96 | $3,000.00 | 44.04 |
| 8/17/2020 | 18:59:52 | Convert | XRP | OXT | 15,666.614 | 8,727.770 | $4,857.88 | $4,992.95 | 135.07 |
| 8/17/2020 | 19:18:16 | Convert | XRP | OXT | 15,617.679 | 8,743.875 | $4,873.40 | $5,000.00 | 126.6 |
| 8/18/2020 | 13:16:38 | Convert | XRP | OXT | 32,263.268 | 18,834.974 | $9,788.54 | $10,000.00 | 211.46 |

* The transactions listed in this schedule exclude transactions in the following digital assets, which are not alleged to be securities in the Complaint: Bitcoin, Bitcoin Cash, Ethereum, Ethereum Classic, and Litecoin.

| Date | Timestamp | Transaction Type | Asset 1 | Asset 2 | Quantity Transacted (Asset 1) | Quantity Transacted (Asset 2) | Subtotal | Total (inclusive of fees) | Fees |
|---|---|---|---|---|---|---|---|---|---|
| 8/18/2020 | 13:48:24 | Convert | XRP | OXT | 16,225.864 | 10,168.113 | $5,114.56 | $4,985.40 | 129.16 |
| 8/18/2020 | 15:20:27 | Convert | OXT | XRP | 29,003.088 | 49,652.190 | $15,131.51 | $15,241.12 | 109.61 |
| 8/19/2020 | 2:22:46 | Sell | XRP | | 80,351.483 | | $24,014.80 | $23,656.98 | 357.82 |
| 8/19/2020 | 13:27:31 | Buy | XRP | | 26,480.496 | | $7,840.16 | $7,956.98 | 116.82 |
| 8/19/2020 | 13:49:43 | Buy | XRP | | 33,362.282 | | $9,853.19 | $10,000.00 | 146.81 |
| 8/21/2020 | 13:14:08 | Buy | XRP | | 10,216.325 | | $2,955.96 | $3,000.00 | 44.04 |
| 8/22/2020 | 19:07:58 | Buy | OMG | | 178.009 | | $985.32 | $1,000.00 | 14.68 |
| 8/22/2020 | 23:50:21 | Convert | XRP | OMG | 17,516.202 | 806.489 | $4,697.40 | $5,000.00 | 302.6 |
| 8/23/2020 | 1:05:27 | Sell | OMG | | 984.498 | | $6,762.40 | $6,661.64 | 100.76 |
| 8/23/2020 | 3:58:33 | Buy | XRP | | 23,127.422 | | $6,563.84 | $6,661.64 | 97.8 |
| 8/23/2020 | 22:33:23 | Convert | XRP | OMG | 17,528.484 | 762.977 | $4,875.12 | $5,000.00 | 124.88 |
| 8/24/2020 | 0:09:30 | Convert | XRP | OMG | 17,602.535 | 773.505 | $4,926.61 | $5,000.00 | 73.39 |
| 8/24/2020 | 1:06:54 | Convert | XRP | OMG | 35,292.042 | 1,586.169 | $9,787.77 | $10,000.00 | 212.23 |
| 8/24/2020 | 14:33:22 | Sell | XRP | | 5,247.263 | | $1,507.31 | $1,484.85 | 22.46 |
| 8/24/2020 | 14:42:52 | Sell | OMG | | 3,122.651 | | $18,642.97 | $18,365.19 | 277.78 |
| 8/24/2020 | 16:43:14 | Buy | XRP | | 47,057.977 | | $13,646.70 | $13,850.04 | 203.34 |
| 8/26/2020 | 14:23:12 | Buy | XRP | | 35,102.646 | | $9,853.19 | $10,000.00 | 146.81 |
| 8/27/2020 | 14:14:13 | Buy | XRP | | 18,575.564 | | $4,926.59 | $5,000.00 | 73.41 |
| 9/4/2020 | 0:20:45 | Buy | XRP | | 19,808.392 | | $4,926.59 | $5,000.00 | 73.41 |
| 9/5/2020 | 18:50:26 | Buy | XRP | | 20,653.096 | | $4,926.59 | $5,000.00 | 73.41 |
| 9/16/2020 | 2:20:01 | Buy | XRP | | 8,211.205 | | $1,970.64 | $2,000.00 | 29.36 |
| 10/18/2020 | 22:25:16 | Buy | XRP | | 12,153.941 | | $2,955.96 | $3,000.00 | 44.04 |
| 10/28/2020 | 16:45:09 | Convert | XRP | XTZ | 81,350.417 | 9,790.539 | $19,533.59 | $20,000.00 | 466.41 |
| 10/28/2020 | 19:19:45 | Convert | XRP | XTZ | 80,212.406 | 9,741.477 | $19,322.71 | $19,728.24 | 405.53 |
| 10/29/2020 | 22:28:23 | Convert | XTZ | XRP | 19,532.016 | 152,037.121 | $36,770.18 | $37,619.64 | 849.46 |
| 10/29/2020 | 22:29:45 | Buy | XRP | | 8,095.937 | | $1,970.64 | $2,000.00 | 29.36 |
| 10/30/2020 | 13:40:57 | Buy | XRP | | 20,730.826 | | $4,926.59 | $5,000.00 | 73.41 |
| 12/4/2020 | 16:46:03 | Buy | XRP | | 8,597.123 | | $4,926.59 | $5,000.00 | 73.41 |
| 12/8/2020 | 19:33:03 | Rewards Income | XTZ | | 6.518 | | $14.80 | $14.80 | 0 |
| 12/8/2020 | 20:32:05 | Buy | XRP | | 8,547.992 | | $4,926.59 | $5,000.00 | 73.41 |
| 12/12/2020 | 0:22:57 | Buy | XRP | | 7,326.119 | | $3,941.28 | $4,000.00 | 58.72 |
| 12/15/2020 | 14:49:48 | Buy | XRP | | 10,407.812 | | $4,926.59 | $5,000.00 | 73.41 |
| 12/27/2020 | 23:59:56 | Buy | XRP | | 17,303.493 | | $4,926.59 | $5,000.00 | 73.41 |
| 1/8/2021 | 19:44:57 | Coinbase Earn | GRT | | 2.991 | | $1.02 | $1.02 | 0 |
| 1/9/2021 | 4:24:49 | Buy | GRT | | 28,961.124 | | $9,853.19 | $10,000.00 | 146.81 |
| 1/9/2021 | 4:36:47 | Buy | GRT | | 28,950.408 | | $9,853.19 | $10,000.00 | 146.81 |
| 1/10/2021 | 16:33:46 | Sell | XRP | | 56.497 | | $18.46 | $18.55 | 0.09 |
| 1/10/2021 | 16:33:46 | Sell | XRP | | 9.056 | | $2.96 | $2.97 | 0.01 |
| 1/10/2021 | 16:33:46 | Sell | XRP | | 85.467 | | $27.93 | $28.07 | 0.14 |
| 1/10/2021 | 16:33:47 | Sell | XRP | | 56.462 | | $18.45 | $18.54 | 0.09 |
| 1/10/2021 | 16:33:47 | Sell | XRP | | 3,312.000 | | $1,082.36 | $1,087.77 | 5.41 |
| 1/10/2021 | 16:33:47 | Sell | XRP | | 1.000 | | $0.33 | $0.33 | 0 |
| 1/10/2021 | 16:33:48 | Sell | XRP | | 1,156.915 | | $378.08 | $379.97 | 1.89 |
| 1/10/2021 | 16:33:48 | Sell | XRP | | 18,519.361 | | $6,052.13 | $6,082.39 | 30.26064 |
| 1/11/2021 | 1:14:11 | Buy | XRP | | 24,047.161 | | $7,389.89 | $7,500.00 | 110.11 |
| 1/11/2021 | 16:25:35 | Convert | GRT | XLM | 29,359.953 | 32,638.473 | $7,177.84 | $7,507.34 | 329.5 |
| 1/16/2021 | 15:30:14 | Sell | XLM | | 32,467.185 | | $9,650.00 | $9,506.22 | 143.78 |
| 1/16/2021 | 5:57:57 | Sell | GRT | | 28,554.571 | | $11,919.54 | $11,741.94 | 177.6 |
| 1/17/2021 | 16:58:24 | Send | XRP | | 233,896.829 | | | | 0 |
| 1/17/2021 | 18:01:16 | Buy | EOS | | 7,464.124 | | $20,691.69 | $21,000.00 | 308.31 |
| 1/18/2021 | 9:46:40 | Rewards Income | XTZ | | 0.002 | | $0.01 | $0.01 | 0 |
| 1/19/2021 | 15:18:40 | Sell | EOS | | 7,464.124 | | $21,355.45 | $21,037.25 | 318.2 |
| 1/20/2021 | 20:20:53 | Sell | XTZ | | 6.520 | | $18.60 | $17.11 | 1.49 |
| 1/20/2021 | 20:22:31 | Sell | XLM | | 171.287 | | $49.94 | $47.95 | 1.99 |
| 1/20/2021 | 14:28:18 | Buy | GRT | | 2,288.460 | | $1,182.38 | $1,200.00 | 17.62 |

2

| Date | Timestamp | Transaction Type | Asset 1 | Asset 2 | Quantity Transacted (Asset 1) | Quantity Transacted (Asset 2) | Subtotal | Total (inclusive of fees) | Fees |
|---|---|---|---|---|---|---|---|---|---|
| 1/20/2021 | 20:21:51 | Sell | GRT | | 2,288.460 | | $1,185.64 | $1,167.97 | 17.67 |
| 1/24/2021 | 9:03:18 | Rewards Income | XTZ | | 0.003 | | $0.01 | $0.01 | 0 |
| 1/27/2021 | 10:58:41 | Rewards Income | XTZ | | 0.002 | | $0.01 | $0.01 | 0 |
| 1/27/2021 | 20:03:53 | Buy | XLM | | 40,815.120 | | $9,853.19 | $10,000.00 | 146.81 |
| 1/28/2021 | 15:54:43 | Sell | XLM | | 40,815.120 | | $10,776.60 | $10,616.03 | 160.57 |
| 1/29/2021 | 14:17:42 | Buy | XLM | | 53,402.533 | | $16,750.42 | $17,000.00 | 249.58 |
| 1/29/2021 | 1:12:55 | Buy | YFI | | 0.291 | | $8,867.87 | $9,000.00 | 132.13 |
| 1/29/2021 | 3:53:41 | Sell | YFI | | 0.291 | | $8,486.01 | $8,359.57 | 126.44 |
| 1/30/2021 | 10:10:21 | Rewards Income | XTZ | | 0.002 | | $0.01 | $0.01 | 0 |
| 2/1/2021 | 23:47:47 | Sell | XLM | | 53,378.724 | | $17,178.48 | $16,922.52 | 255.96 |
| 2/2/2021 | 12:34:53 | Rewards Income | XTZ | | 0.002 | | $0.01 | $0.01 | 0 |
| 2/3/2021 | 5:43:29 | Buy | DNT | | 128,980.367 | | $16,750.42 | $17,000.00 | 249.58 |
| 2/3/2021 | 21:22:00 | Sell | DNT | | 128,482.271 | | $17,000.00 | $16,746.70 | 253.3 |
| 2/3/2021 | 21:29:21 | Sell | DNT | | 498.097 | | $65.84 | $62.85 | 2.99 |
| 2/3/2021 | 21:29:34 | Sell | XLM | | 23.809 | | $8.09 | $7.10 | 0.99 |
| 2/5/2021 | 8:53:36 | Rewards Income | XTZ | | 0.002 | | $0.01 | $0.01 | 0 |
| 2/5/2021 | 21:04:57 | Buy | DASH | | 205.4668908 | | $24,632.97 | $25,000.00 | 367.03 |
| 2/6/2021 | 5:16:25 | Sell | DASH | | 205.4668908 | | $23,997.43 | $23,639.87 | 357.56 |
| 2/7/2021 | 15:38:03 | Buy | NU | | 46,489.307 | | $22,662.33 | $23,000.00 | 337.67 |
| 2/7/2021 | 16:21:30 | Buy | AAVE | | 55.790 | | $22,662.33 | $23,000.00 | 337.67 |
| 2/8/2021 | 11:20:25 | Rewards Income | XTZ | | 0.002 | | $0.01 | $0.01 | 0 |
| 2/8/2021 | 0:39:16 | Sell | AAVE | | 54.418 | | $26,000.00 | $25,612.60 | 387.4 |
| 2/8/2021 | 0:40:35 | Sell | NU | | 46,472.482 | | $22,858.11 | $22,517.52 | 340.59 |
| 2/8/2021 | 0:41:08 | Sell | AAVE | | 1.357 | | $655.00 | $645.24 | 9.76 |
| 2/10/2021 | 20:22:21 | Buy | XLM | | 24,492.397 | | $9,853.19 | $10,000.00 | 146.81 |
| 2/10/2021 | 20:26:55 | Buy | CVC | | 40,548.123 | | $9,853.19 | $10,000.00 | 146.81 |
| 2/10/2021 | 20:33:27 | Buy | EOS | | 2,492.139 | | $9,853.19 | $10,000.00 | 146.81 |
| 2/10/2021 | 20:31:49 | Buy | AAVE | | 19.203 | | $9,853.19 | $10,000.00 | 146.81 |
| 2/10/2021 | 20:32:24 | Buy | NU | | 18,122.677 | | $9,853.19 | $10,000.00 | 146.81 |
| 2/10/2021 | 20:34:45 | Buy | SNX | | 402.314 | | $9,853.19 | $10,000.00 | 146.81 |
| 2/10/2021 | 20:36:31 | Buy | AAVE | | 16.329 | | $8,375.21 | $8,500.00 | 124.79 |
| 2/11/2021 | 10:34:57 | Rewards Income | XTZ | | 0.002 | | $0.01 | $0.01 | 0 |
| 2/12/2021 | 18:51:01 | Convert | AAVE | GRT | 35.548 | 7,851.251 | $18,372.32 | $18,420.30 | 47.98 |
| 2/13/2021 | 21:43:19 | Convert | XLM | AAVE | 24,492.397 | 26.485 | $13,081.68 | $13,351.05 | 269.37 |
| 2/14/2021 | 8:44:59 | Rewards Income | XTZ | | 0.002 | | $0.01 | $0.01 | 0 |
| 2/14/2021 | 19:03:26 | Convert | GRT | LINK | 4,902.321 | 291.688 | $9,768.06 | $10,000.00 | 231.94 |
| 2/17/2021 | 11:30:30 | Rewards Income | XTZ | | 0.002 | | $0.01 | $0.01 | 0 |
| 2/20/2021 | 8:37:58 | Rewards Income | XTZ | | 0.002 | | $0.01 | $0.01 | 0 |
| 2/21/2021 | 9:17:56 | Convert | EOS | NU | 2,492.139 | 13,124.265 | $13,035.20 | $13,055.07 | 19.87 |
| 2/21/2021 | 18:04:27 | Convert | XTZ | NU | 0.023 | 0.101 | $0.10 | $0.11 | 0.01 |
| 2/21/2021 | 20:28:00 | Buy | XLM | | 53,143.502 | | $26,603.61 | $27,000.00 | 396.39 |
| 2/21/2021 | 18:02:24 | Convert | GRT | NU | 2,948.930 | 6,117.420 | $6,275.86 | $6,619.32 | 343.46 |
| 2/21/2021 | 18:03:16 | Convert | SNX | NU | 402.314 | 8,718.474 | $8,944.28 | $9,275.49 | 331.21 |
| 2/21/2021 | 18:06:05 | Convert | AAVE | NU | 11.520 | 4,717.004 | $4,899.79 | $5,010.53 | 110.74 |
| 2/21/2021 | 18:38:39 | Convert | AAVE | NU | 14.965 | 6,298.856 | $6,686.87 | $6,588.94 | 97.93 |
| 2/21/2021 | 20:06:50 | Sell | NU | | 57,115.622 | | $54,044.73 | $53,239.46 | 805.27 |
| 2/22/2021 | 2:43:16 | Convert | LINK | CVC | 291.688 | 20,539.350 | $9,352.27 | $9,747.69 | 395.42 |

3

| Date | Timestamp | Transaction Type | Asset 1 | Asset 2 | Quantity Transacted (Asset 1) | Quantity Transacted (Asset 2) | Subtotal | Total (inclusive of fees) | Fees |
|---|---|---|---|---|---|---|---|---|---|
| 2/22/2021 | 14:35:54 | Buy | CVC | | 48,670.903 | | $19,706.38 | $20,000.00 | 293.62 |
| 2/23/2021 | 10:46:45 | Rewards Income | XTZ | | 0.002 | | $0.01 | $0.01 | 0 |
| 2/23/2021 | 11:34:37 | Buy | XLM | | 4,602.985 | | $0.35 | $1,650.00 | 1649.647 |
| 2/23/2021 | 11:35:54 | Buy | XLM | | 27,992.958 | | $9,853.19 | $10,000.00 | 146.81 |
| 2/26/2021 | 9:03:32 | Rewards Income | XTZ | | 0.002 | | $0.01 | $0.01 | 0 |
| 2/28/2021 | 10:08:46 | Rewards Income | XTZ | | 0.002 | | $0.01 | $0.01 | 0 |
| 3/5/2021 | 23:48:57 | Convert | CVC | LTC | 52,869.003 | 108.668 | $19,528.15 | $20,000.00 | 471.85 |
| 3/7/2021 | 18:45:26 | Convert | CVC | ETH | 56,889.373 | 13.125 | $21,864.52 | $22,397.80 | 533.28 |
| 3/8/2021 | 14:34:43 | Sell | XLM | | 36,706.963 | | $15,000.00 | $14,776.50 | 223.5 |
| 3/20/2021 | 18:52:47 | Convert | XLM | ETH | 23,484.101 | 5.274 | $9,748.30 | $10,000.00 | 251.7 |
| 3/21/2021 | 0:22:20 | Convert | LTC | ADA | 59.584 | 9,637.669 | $11,750.25 | $12,003.59 | 253.34 |
| 3/21/2021 | 0:22:47 | Convert | XLM | ADA | 25,548.381 | 8,635.352 | $10,528.22 | $10,780.22 | 252 |
| 3/22/2021 | 20:27:53 | Convert | ETH | ADA | 10.697 | 15,921.911 | $18,259.25 | $18,613.05 | 353.8 |
| 3/22/2021 | 23:37:13 | Buy | ADA | | 8,824.635 | | $9,853.19 | $10,000.00 | 146.81 |
| 3/24/2021 | 23:42:12 | Convert | ETH | ADA | 27.898 | 40,480.212 | $43,265.25 | $44,200.12 | 934.87 |
| 3/24/2021 | 15:51:45 | Convert | ADA | ETH | 43,019.567 | 27.898 | $47,864.29 | $48,650.83 | 786.54 |
| 3/29/2021 | 16:17:02 | Sell | ADA | | 16,785.034 | | $20,000.00 | $19,702.00 | 298 |
| 3/30/2021 | 18:51:28 | Convert | LTC | ETH | 49.083 | 5.298 | $9,792.60 | $10,000.00 | 207.4 |
| 3/30/2021 | 15:03:28 | Sell | ADA | | 16,573.084 | | $20,000.00 | $19,702.00 | 298 |
| 4/14/2021 | 13:13:59 | Buy | ADA | | 17,079.413 | | $24,632.97 | $25,000.00 | 367.03 |
| 4/23/2021 | 2:18:20 | Buy | ADA | | 7,289.634 | | $7,882.55 | $8,000.00 | 117.45 |
| 5/19/2021 | 1:57:42 | Convert | ADA | ICP | 31,491.140 | 359.805 | $58,528.46 | $59,880.40 | 1351.94 |
| 5/23/2021 | 20:27:16 | Buy | XLM | | 8,894.606 | | $2,955.96 | $3,000.00 | 44.04 |
| 5/27/2021 | 0:05:23 | Convert | ICP | ADA | 359.805 | 27,996.314 | $49,662.66 | $51,006.55 | 1343.89 |
| 5/28/2021 | 17:00:56 | Convert | ADA | ICP | 27,996.314 | 359.416 | $41,527.83 | $42,343.02 | 815.19 |
| 5/29/2021 | 21:50:24 | Convert | ICP | ADA | 359.416 | 27,629.171 | $38,578.61 | $39,466.22 | 887.61 |
| 6/2/2021 | 18:29:27 | Buy | ICP | | 227.358 | | $24,632.97 | $25,000.00 | 367.03 |
| 6/4/2021 | 4:32:01 | Buy | XLM | | 25,710.165 | | $9,853.19 | $10,000.00 | 146.81 |
| 6/4/2021 | 14:32:32 | Buy | EOS | | 1,647.760 | | $9,853.19 | $10,000.00 | 146.81 |
| 6/4/2021 | 14:33:23 | Buy | GRT | | 6,214.566 | | $4,926.59 | $5,000.00 | 73.41 |
| 6/5/2021 | 22:09:37 | Convert | XLM | ADA | 34,604.771 | 7,680.789 | $12,543.11 | $12,809.46 | 266.35 |
| 6/5/2021 | 22:38:06 | Convert | EOS | ICP | 1,647.760 | 89.538 | $9,259.36 | $9,454.02 | 194.66 |
| 6/5/2021 | 22:11:29 | Convert | GRT | ADA | 6,214.566 | 2,739.989 | $4,492.49 | $4,588.52 | 96.03 |
| 6/8/2021 | 13:53:36 | Buy | ICP | | 114.327 | | $9,853.19 | $10,000.00 | 146.81 |
| 6/10/2021 | 13:36:25 | Convert | ADA | ICP | 12,170.515 | 251.860 | $18,570.36 | $19,000.00 | 429.64 |
| 6/11/2021 | 13:58:48 | Convert | ADA | ICP | 25,879.433 | 582.068 | $38,540.20 | $39,493.31 | 953.11 |
| 6/26/2021 | 21:20:40 | Buy | ICP | | 305.779 | | $8,867.87 | $9,000.00 | 132.13 |
| 7/8/2021 | 14:06:43 | Buy | ICP | | 119.950 | | $4,926.59 | $5,000.00 | 73.41 |
| 7/10/2021 | 21:16:41 | Send | XLM | | 20,339.573 | | | | 0 |
| 7/10/2021 | 21:14:27 | Convert | ICP | XLM | 131.297 | 20,339.573 | $4,911.48 | $5,001.90 | 90.42 |
| 7/12/2021 | 19:00:32 | Buy | ICP | | 132.817 | | $4,926.59 | $5,000.00 | 73.41 |
| 7/16/2021 | 21:21:08 | Convert | ICP | AMP | 1,692.399 | 1,263,955.744 | $54,906.24 | $56,875.61 | 1969.37 |
| 7/16/2021 | 21:22:19 | Convert | ICP | AMP | 1,692.399 | 1,269,197.571 | $55,108.56 | $56,934.00 | 1825.44 |
| 7/16/2021 | 21:26:27 | Convert | ICP | AMP | 1,692.399 | 1,256,617.713 | $55,140.39 | $56,952.62 | 1812.23 |
| 7/16/2021 | 22:42:38 | Sell | ICP | | 1,692.399 | | $55,475.77 | $54,649.18 | 826.59 |
| 7/16/2021 | 22:42:39 | Sell | ICP | | 1,692.399 | | $55,475.77 | $54,649.18 | 826.59 |
| 7/17/2021 | 17:14:00 | Buy | CLV | | 27,141.479 | | $48,280.62 | $49,000.00 | 719.38 |
| 7/17/2021 | 13:40:00 | Convert | ICP | CLV | 924.129 | 15,246.448 | $28,892.02 | $30,000.00 | 1107.98 |
| 7/17/2021 | 13:41:18 | Convert | ICP | CLV | 767.962 | 12,570.824 | $24,010.27 | $24,910.00 | 899.73 |
| 7/17/2021 | 14:16:25 | Sell | CLV | | 27,817.272 | | $51,290.87 | $50,526.64 | 764.23 |
| 8/2/2021 | 2:57:15 | Buy | CLV | | 1,373.162 | | $1,504.23 | $1,526.64 | 22.41 |
| 8/3/2021 | 16:09:33 | Buy | CLV | | 19,414.196 | | $19,706.38 | $20,000.00 | 293.62 |
| 8/7/2021 | 17:52:55 | Sell | CLV | | 47,928.837 | | $49,076.92 | $48,345.67 | 731.25 |
| 8/8/2021 | 18:05:13 | Buy | FARM | | 75.120 | | $17,735.74 | $18,000.00 | 264.26 |

| Date | Timestamp | Transaction Type | Asset 1 | Asset 2 | Quantity Transacted (Asset 1) | Quantity Transacted (Asset 2) | Subtotal | Total (inclusive of fees) | Fees |
|---|---|---|---|---|---|---|---|---|---|
| 8/8/2021 | 20:24:17 | Buy | FARM | | 22.777 | | $4,926.59 | $5,000.00 | 73.41 |
| 8/8/2021 | 20:56:30 | Buy | FARM | | 24.202 | | $4,926.59 | $5,000.00 | 73.41 |
| 8/9/2021 | 16:51:19 | Sell | FARM | | 48.096 | | $10,000.00 | $9,851.00 | 149 |
| 8/9/2021 | 17:42:21 | Buy | FARM | | 49.503 | | $10,345.85 | $10,500.00 | 154.15 |
| 8/10/2021 | 17:01:37 | Sell | FARM | | 123.506 | | $23,502.45 | $23,152.26 | 350.19 |
| 8/10/2021 | 22:25:01 | Buy | ACH | | 96,341.538 | | $8,679.67 | $8,809.00 | 129.33 |
| 8/11/2021 | 0:44:08 | Convert | ACH | FARM | 96,341.538 | 41.305 | $8,423.96 | $8,586.97 | 163.01 |
| 8/17/2021 | 1:35:56 | Buy | FARM | | 38.442 | | $9,853.19 | $10,000.00 | 146.81 |
| 8/17/2021 | 21:08:03 | Convert | OXT | XLM | 16,753.225 | 29,237.923 | $9,546.18 | $10,000.00 | 453.82 |
| 8/17/2021 | 21:21:52 | Convert | OXT | XLM | 9,485.771 | 17,205.001 | $5,584.74 | $5,648.78 | 64.04 |
| 8/21/2021 | 12:04:22 | Buy | AMP | | 162,715.125 | | $9,853.19 | $10,000.00 | 146.81 |
| 8/24/2021 | 19:08:09 | Buy | FARM | | 21.899 | | $4,926.59 | $5,000.00 | 73.41 |
| 9/2/2021 | 20:58:11 | Buy | ICP | | 102.217 | | $4,926.59 | $5,000.00 | 73.41 |
| 9/7/2021 | 18:00:38 | Buy | ICP | | 162.898 | | $9,853.19 | $10,000.00 | 146.81 |
| 9/14/2021 | 12:19:28 | Buy | TRIBE | | 7,749.025 | | $4,926.59 | $5,000.00 | 73.41 |
| 9/16/2021 | 18:21:48 | Buy | SHIB | | 553,849,844.356 | | $4,926.59 | $5,000.00 | 73.41 |
| 9/21/2021 | 12:55:19 | Buy | XLM | | 17,197.271 | | $4,926.59 | $5,000.00 | 73.41 |
| 9/21/2021 | 13:06:04 | Buy | GRT | | 6,821.942 | | $4,926.59 | $5,000.00 | 73.41 |
| 9/23/2021 | 17:43:18 | Buy | AGLD | | 1,499.107 | | $4,926.59 | $5,000.00 | 73.41 |
| 9/28/2021 | 15:48:08 | Convert | TRIBE | CLV | 1,665.140 | 947.872 | $971.57 | $1,000.00 | 28.43 |
| 9/28/2021 | 15:45:12 | Convert | AMP | CLV | 22,652.622 | 951.560 | $975.35 | $1,000.00 | 24.65 |
| 9/28/2021 | 15:45:52 | Convert | FARM | CLV | 6.344 | 951.263 | $975.04 | $1,000.00 | 24.96 |
| 9/28/2021 | 15:47:04 | Convert | ICP | CLV | 23.759 | 949.990 | $973.74 | $1,000.00 | 26.26 |
| 9/29/2021 | 13:20:30 | Buy | CLV | | 951.862 | | $985.32 | $1,000.00 | 14.68 |
| 10/2/2021 | 16:32:08 | Convert | TRIBE | ICP | 6,083.884 | 71.180 | $3,664.68 | $3,748.28 | 83.6 |
| 10/2/2021 | 16:33:25 | Convert | AGLD | ICP | 1,499.107 | 90.497 | $4,669.71 | $4,782.15 | 112.44 |
| 10/2/2021 | 16:39:31 | Convert | AMP | ICP | 140,062.503 | 134.189 | $6,958.11 | $7,105.37 | 147.26 |
| 10/5/2021 | 15:16:55 | Send | SHIB | | 53,163.211 | | | | 0 |
| 10/8/2021 | 2:56:55 | Convert | ICP | SHIB | 198.403 | 467,272,731.163 | $9,677.22 | $10,000.00 | 322.78 |
| 10/10/2021 | 15:10:29 | Receive | SHIB | | 1,028,500,000.000 | | | | 0 |
| 10/13/2021 | 20:44:01 | Convert | XLM | ICP | 17,197.271 | 141.507 | $6,060.53 | $6,188.76 | 128.23 |
| 10/13/2021 | 20:43:26 | Convert | GRT | ICP | 6,821.942 | 110.606 | $4,737.08 | $4,833.00 | 95.92 |
| 10/13/2021 | 20:44:36 | Convert | CLV | ICP | 4,752.547 | 128.195 | $5,486.57 | $5,631.77 | 145.2 |
| 10/15/2021 | 0:20:43 | Convert | SHIB | ICP | 2,049,569,412.308 | 1,268.042 | $53,756.73 | $55,205.15 | 1448.42 |
| 10/15/2021 | 19:03:41 | Convert | ICP | SHIB | 622.708 | 1,035,979,427.870 | $26,319.06 | $27,000.00 | 680.94 |
| 10/15/2021 | 19:08:28 | Convert | ICP | SHIB | 623.039 | 1,042,604,915.997 | $26,383.12 | $27,023.36 | 640.24 |
| 10/15/2021 | 19:38:02 | Sell | FARM | | 95.302 | | $17,036.73 | $16,782.88 | 253.85 |
| 10/16/2021 | 15:33:08 | Convert | SHIB | FARM | 966,930,961.129 | 136.509 | $24,429.01 | $25,000.00 | 570.99 |
| 10/16/2021 | 17:11:28 | Convert | FARM | ICP | 136.509 | 520.830 | $24,087.63 | $24,520.47 | 432.84 |
| 10/17/2021 | 17:23:38 | Convert | XLM | GTC | 65,719.690 | 2,049.455 | $24,413.11 | $25,000.00 | 586.89 |
| 10/17/2021 | 17:37:21 | Convert | XLM | GTC | 75,245.789 | 2,471.754 | $28,379.44 | $28,768.72 | 389.28 |
| 10/17/2021 | 14:05:21 | Convert | ICP | FARM | 664.547 | 164.562 | $29,105.21 | $29,983.72 | 878.51 |
| 10/17/2021 | 15:34:35 | Convert | ICP | XLM | 598.015 | 67,571.246 | $25,951.95 | $26,451.98 | 500.03 |
| 10/17/2021 | 15:35:20 | Convert | FARM | XLM | 164.562 | 73,394.232 | $28,142.76 | $28,774.44 | 631.68 |
| 10/17/2021 | 22:36:13 | Convert | GTC | SHIB | 4,521.209 | 1,576,689,429.200 | $44,533.59 | $46,559.41 | 2025.82 |
| 10/18/2021 | 6:55:06 | Convert | BTC | ADA | 1.381 | 39,335.154 | $83,311.86 | $85,222.92 | 1911.06 |
| 10/22/2021 | 14:17:20 | Convert | SHIB | AUCTION | 1,095,690,284.879 | 649.003 | $29,338.18 | $30,000.00 | 661.82 |
| 10/23/2021 | 18:11:27 | Convert | ADA | SHIB | 13,947.326 | 895,301,726.864 | $29,450.95 | $30,000.00 | 549.05 |
| 10/24/2021 | 18:06:06 | Convert | SHIB | USDC | 2,487,954,253.923 | 89,015.369 | $89,015.37 | $92,589.22 | 3573.85 |
| 10/25/2021 | 13:19:51 | Convert | AUCTION | ADA | 649.003 | 11,969.718 | $25,650.51 | $26,317.07 | 666.56 |
| 10/25/2021 | 21:48:06 | Convert | USDC | AMP | 50,000.000 | 1,026,579.980 | $48,762.55 | $50,000.00 | 1237.45 |
| 10/26/2021 | 12:16:25 | Send | USDC | | 20,005.582 | | | | |
| 10/26/2021 | 13:15:56 | Convert | AMP | USDC | 1,026,579.980 | 46,990.350 | $46,990.35 | $48,069.61 | 1079.26 |
| 10/26/2021 | 13:33:14 | Receive | USDC | | 20,000.000 | | | | |
| 10/27/2021 | 9:52:14 | Convert | USDC | ICP | 86,000.130 | 2,034.357 | $83,926.40 | $86,000.13 | 2073.73 |

5

| Date | Timestamp | Transaction Type | Asset 1 | Asset 2 | Quantity Transacted (Asset 1) | Quantity Transacted (Asset 2) | Subtotal | Total (inclusive of fees) | Fees |
|---|---|---|---|---|---|---|---|---|---|
| 11/1/2021 | 15:06:51 | Buy | USDT | | 979.830 | | $985.32 | $1,000.00 | 14.68 |
| 11/1/2021 | 15:11:31 | Send | USDT | | 965.028 | | | | |
| 11/2/2021 | 23:24:55 | Rewards Income | USDC | | 0.824 | | $0.82 | $0.82 | 0 |
| 11/10/2021 | 21:32:13 | Convert | ADA | ICP | 37,357.546 | 1,611.444 | $74,199.72 | $76,332.67 | 2132.95 |
| 11/11/2021 | 14:59:44 | Rewards Income | XTZ | | 0.000 | | $0.00 | $0.00 | 0 |
| 11/17/2021 | 18:08:37 | Rewards Income | XTZ | | 0.000 | | $0.00 | $0.00 | 0 |
| 11/18/2021 | 3:16:52 | Convert | ICP | GYEN | 466.717 | 68,620,344.369 | $19,325.20 | $20,000.00 | 674.8 |
| 11/18/2021 | 5:50:57 | Convert | GYEN | ICP | 68,620,344.369 | 468.242 | $19,755.61 | $20,166.83 | 411.22 |
| 11/18/2021 | 23:22:50 | Convert | ICP | NU | 1,005.480 | 48,909.765 | $39,203.62 | $40,000.00 | 796.38 |
| 11/18/2021 | 23:23:24 | Convert | ICP | OMG | 1,005.480 | 4,348.655 | $39,175.29 | $40,000.00 | 824.71 |
| 11/19/2021 | 14:30:29 | Rewards Income | XTZ | | 0.000 | | $0.00 | $0.00 | 0 |
| 11/19/2021 | 21:10:50 | Convert | NU | GYEN | 48,909.765 | 4,092,296.880 | $390.06 | $40,859.22 | N/A |
| 11/19/2021 | 22:11:38 | Convert | GYEN | ICP | 40,922.969 | 8.070 | $339.44 | $345.84 | 6.4 |
| 11/20/2021 | 1:41:57 | Convert | OMG | ICP | 4,348.655 | 1,006.735 | $42,863.75 | $43,900.32 | 1036.57 |
| 11/22/2021 | 16:39:53 | Rewards Income | XTZ | | 0.000 | | $0.00 | $0.00 | 0 |
| 11/24/2021 | 21:46:13 | Convert | BTC | NKN | 0.756 | 82,805.448 | $42,441.93 | $43,366.22 | 924.29 |
| 11/25/2021 | 11:20:53 | Rewards Income | XTZ | | 0.000 | | $0.00 | $0.00 | 0 |
| 11/30/2021 | 17:03:44 | Rewards Income | XTZ | | 0.000 | | $0.00 | $0.00 | 0 |
| 11/30/2021 | 17:40:23 | Convert | NKN | ICP | 82,805.448 | 1,025.136 | $42,131.56 | $43,212.02 | 1080.46 |
| 12/4/2021 | 15:36:09 | Rewards Income | XTZ | | 0.000 | | $0.00 | $0.00 | 0 |
| 12/6/2021 | 13:05:27 | Rewards Income | XTZ | | 0.000 | | $0.00 | $0.00 | 0 |
| 12/6/2021 | 16:14:33 | Buy | ICP | | 33.714 | | $985.32 | $1,000.00 | 14.68 |
| 12/7/2021 | 20:47:00 | Convert | ICP | ADA | 3,710.021 | 76,477.079 | $105,859.57 | $108,456.89 | 2597.32 |
| 12/7/2021 | 20:48:33 | Convert | ADA | ICP | 76,477.079 | 3,553.426 | $103,376.27 | $105,836.63 | 2460.36 |
| 12/7/2021 | 20:50:09 | Buy | ICP | | 100.499 | | $2,955.96 | $3,000.00 | 44.04 |
| 12/7/2021 | 20:50:51 | Buy | ICP | | 101.022 | | $2,955.96 | $3,000.00 | 44.04 |
| 12/7/2021 | 21:00:31 | Buy | ICP | | 0.021 | | $0.61 | $0.61 | 0 |
| 12/7/2021 | 21:00:31 | Buy | ICP | | 14.301 | | $418.62 | $420.71 | 2.09 |
| 12/7/2021 | 21:00:31 | Buy | ICP | | 16.250 | | $475.70 | $478.08 | 2.38 |
| 12/7/2021 | 21:00:31 | Buy | ICP | | 16.250 | | $475.74 | $478.12 | 2.38 |
| 12/7/2021 | 21:00:31 | Buy | ICP | | 4.624 | | $135.38 | $136.06 | 0.68 |
| 12/7/2021 | 21:00:31 | Buy | ICP | | 93.026 | | $2,723.71 | $2,737.33 | 13.62 |
| 12/8/2021 | 18:25:43 | Rewards Income | XTZ | | 0.000 | | $0.00 | $0.00 | 0 |
| 12/9/2021 | 14:40:28 | Buy | ICP | | 99.672 | | $2,955.96 | $3,000.00 | 44.04 |