# Exhibit B-1

**Rodriguez Loss Summary (Ex. B-1)**

|  | Tokens Purchased | Tokens Sold | Net Purchase | Value Spent | Value Received in Sales | Funds Expended | Realized Gains or Losses | Unrealized Gains or Losses |
|---|---|---|---|---|---|---|---|---|
| AAVE | 117.81 | 117.81 | 0.00 | $53,972.41 | $56,613.98 | ($2,641.57) | $2,641.57 | N/A |
| ACH | 96,341.54 | 96,341.54 | 0.00 | $8,679.67 | $8,423.96 | $255.71 | ($255.71) | N/A |
| ADA | 301,697.04 | 301,697.04 | 0.00 | $448,867.81 | $454,518.44 | ($5,650.63) | $5,650.63 | N/A |
| AGLD | 1,499.11 | 1,499.11 | 0.00 | $4,926.59 | $4,669.71 | $256.88 | ($256.88) | N/A |
| AMP | 4,979,066.13 | 1,189,295.10 | 3,789,771.03 | $223,770.93 | $54,923.81 | $168,847.12 | ($3,699.28) | $32,291.88 |
| AUCTION | 649.00 | 649.00 | 0.00 | $29,338.18 | $25,650.51 | $3,687.67 | ($3,687.67) | N/A |
| CLV | 80,498.66 | 80,498.66 | 0.00 | $127,274.54 | $105,854.36 | $21,420.18 | ($21,420.18) | N/A |
| CVC | 109,758.38 | 109,758.38 | 0.00 | $38,911.84 | $41,392.67 | ($2,480.83) | $2,480.83 | N/A |
| DASH | 205.47 | 205.47 | 0.00 | $24,632.97 | $23,997.43 | $635.54 | ($635.54) | N/A |
| DNT | 128,980.37 | 128,980.37 | 0.00 | $16,750.42 | $16,809.55 | ($59.13) | $59.13 | N/A |
| EOS | 11,604.02 | 11,604.02 | 0.00 | $40,398.07 | $43,650.01 | ($3,251.94) | $3,251.94 | N/A |
| FARM | 574.32 | 574.32 | 0.00 | $114,672.73 | $103,744.61 | $10,928.12 | ($10,928.12) | N/A |
| GRT | 81,087.75 | 81,087.75 | 0.00 | $49,114.26 | $45,556.51 | $3,557.75 | ($3,557.75) | N/A |
| GTC | 4,521.21 | 4,521.21 | 0.00 | $52,792.55 | $44,533.59 | $8,258.96 | ($8,258.96) | N/A |
| GYEN | 68,620,344.37 | 68,620,344.37 | 0.00 | $19,325.20 | $19,755.61 | ($430.41) | $430.41 | N/A |
| ICP | 15,459.87 | 19,922.77 | -4,462.91 | $724,509.95 | $744,135.75 | ($19,625.80) | ($130,049.88) | ($7,058.80) |
| LINK | 11,366.44 | 11,366.44 | 0.00 | $120,445.03 | $119,947.77 | $497.26 | ($497.26) | N/A |
| NKN | 82,805.45 | 82,805.45 | 0.00 | $42,441.93 | $42,131.56 | $310.37 | ($310.37) | N/A |
| NU | 152,497.87 | 152,497.87 | 0.00 | $111,561.24 | $117,975.70 | ($6,414.46) | $6,414.46 | N/A |
| OMG | 8,455.80 | 8,455.80 | 0.00 | $64,447.51 | $68,269.12 | ($3,821.61) | $3,821.61 | N/A |
| OXT | 61,538.13 | 61,538.13 | 0.00 | $34,416.81 | $34,788.31 | ($371.50) | $371.50 | N/A |
| SHIB | 5,571,698,075.45 | 5,571,698,075.45 | 0.00 | $141,290.53 | $169,564.87 | ($28,274.34) | $28,274.34 | N/A |
| SNX | 402.31 | 402.31 | 0.00 | $9,853.19 | $8,944.28 | $908.91 | ($908.91) | N/A |
| TRIBE | 7,749.02 | 7,749.02 | 0.00 | $4,926.59 | $4,636.25 | $290.34 | ($290.34) | N/A |
| USDC | 136,005.72 | 136,000.13 | 0.00 | $136,005.72 | $132,688.95 | $3,316.77 | ($3,316.77) | N/A |
| USDT | 979.83 | 0.00 | 979.83 | $985.32 | $0.00 | $985.32 | $0.00 | N/A |
| XLM | 450,195.06 | 429,855.49 | 20,339.57 | $158,459.15 | $157,417.50 | $1,041.65 | $4,340.93 | $580.20 |
| XRP | 1,117,247.03 | 883,350.20 | 233,896.83 | $303,365.86 | $235,117.43 | $68,248.43 | ($1,994.78) | $127,145.42 |
| XTZ | 20,220.35 | 20,226.89 | -6.54 | $41,817.82 | $39,643.42 | $2,174.40 | ($2,174.40) | N/A |
| YFI | 0.29 | 0.29 | 0.00 | $8,867.87 | $8,486.01 | $381.86 | ($381.86) | N/A |
| **FEES:** | | | | | | | ($86,136.29) | |
| **TOTALS:** | 5,648,179,943.80 | 5,644,139,420.40 | 4,040,517.81 | $3,156,822.69 | $2,933,841.68 | $222,981.01 | ($221,023.59) | $152,958.70 |
| | | | | | | | Total Realized Losses from Tokens with Net Losses | Total Unrealized Losses from Tokens with Net Losses |
| | | | | | | | ($186,930.60) | ($7,058.80) |