# Exhibit C-1

**Underwood Loss Summary (Ex. C-1)**

|  | Tokens Purchased | Tokens Sold | Net Purchase | Value Spent | Value Received in Sales | Funds Expended | Realized Gains or Losses | Unrealized Gains or Losses |
|---|---|---|---|---|---|---|---|---|
| AAVE | 6.04 | 6.04 | 0.00 | 1,685.91 | 2,499.57 | -813.66 | $813.66 | N/A |
| ACH | 510,729.41 | 510,729.41 | 0.00 | 62,389.24 | 55,422.55 | 6,966.69 | ($6,966.69) | N/A |
| ADA | 4,902.12 | 5,116.16 | -214.04 | 6,835.98 | 7,144.07 | -308.09 | $308.09 | N/A |
| ALGO | 2,043.25 | 2,043.25 | 0.00 | 744.23 | 1,183.57 | -439.34 | $439.34 | N/A |
| AMP | 19,678.18 | 19,725.06 | -46.88 | 1,254.78 | 1,227.25 | 27.53 | ($27.53) | N/A |
| ANKR | 1,073.56 | 1,073.56 | 0.00 | 136.33 | 106.45 | 29.88 | ($29.88) | N/A |
| ARPA | 8,725.70 | 8,725.70 | 0.00 | $1,096.49 | $1,064.54 | 31.95 | ($31.95) | N/A |
| ATOM | 30.06 | 30.34 | -0.28 | $275.50 | $444.17 | -168.67 | $168.67 | N/A |
| BAL | 20.00 | 20.00 | 0.00 | $264.81 | $611.68 | -346.87 | $346.87 | N/A |
| BAND | 30.84 | 30.84 | 0.00 | $327.33 | $211.19 | 116.14 | ($116.14) | N/A |
| BAT | 2,406.10 | 2,034.61 | 371.49 | $941.25 | $859.59 | 81.66 | $3.37 | $335.69 |
| BNT | 511.00 | 511.00 | 0.00 | $961.36 | $3,039.77 | -2,078.41 | $2,078.41 | N/A |
| BSV | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | 0.00 | N/A | $0.00 |
| BTRST | 37.84 | 37.84 | 0.00 | $1,335.78 | $1,175.16 | 160.62 | ($160.62) | N/A |
| CGLD | 300.84 | 300.84 | 0.00 | $773.21 | $745.36 | 27.85 | ($27.85) | N/A |
| CLV | 0.00 | 2.80 | -2.80 | $0.00 | $3.26 | -3.26 | $3.26 | N/A |
| COMP | 0.00 | 0.05 | -0.05 | $0.00 | $8.86 | -8.86 | $8.86 | N/A |
| CRO | 1,475.24 | 1,475.24 | 0.00 | $478.42 | $483.71 | -5.29 | $5.29 | N/A |
| CRV | 100.00 | 100.00 | 0.00 | $312.18 | $190.82 | 121.36 | ($121.36) | N/A |
| CVC | 2,000.00 | 2,000.00 | 0.00 | $131.52 | $378.75 | -247.23 | $247.23 | N/A |
| DAI | 0.00 | 20.00 | -20.00 | $0.00 | $19.71 | -19.71 | $19.71 | N/A |
| DNT | 3,000.00 | 3,000.00 | 0.00 | $274.02 | $328.35 | -54.33 | $54.33 | N/A |
| DOGE | 40,637.31 | 37,867.56 | 2,769.75 | $3,732.39 | $2,950.50 | 781.89 | ($60.80) | ($279.05) |
| EOS | 197.99 | 200.40 | -2.41 | $558.34 | $830.31 | -271.97 | $271.97 | N/A |
| FARM | 40.46 | 40.46 | 0.00 | $7,154.42 | $6,673.34 | 481.08 | ($481.08) | N/A |
| FET | 0.00 | 4.31 | -4.31 | $0.00 | $2.94 | -2.94 | $2.94 | N/A |

1

| | Tokens Purchased | Tokens Sold | Net Purchase | Value Spent | Value Received in Sales | Funds Expended | Realized Gains or Losses | Unrealized Gains or Losses |
|---|---|---|---|---|---|---|---|---|
| FIL | 10.00 | 10.20 | -0.20 | $221.46 | $1,442.37 | -1,220.91 | $1,220.91 | N/A |
| FORTH | 0.00 | 0.08 | -0.08 | $0.00 | $2.63 | -2.63 | $2.63 | N/A |
| GRT | 5,755.41 | 5,761.92 | -6.51 | $3,179.18 | $3,827.19 | -648.01 | $648.01 | N/A |
| IOTX | 171,212.96 | 171,212.96 | 0.00 | $19,929.40 | $18,609.53 | 1,319.87 | ($1,319.87) | N/A |
| KNC | 7,351.72 | 7,351.72 | 0.00 | $4,672.54 | $5,052.93 | -380.39 | $380.39 | N/A |
| LINK | 30.31 | 30.31 | 0.00 | $334.69 | $791.91 | -457.22 | $457.22 | N/A |
| LRC | 2,008.53 | 2,008.53 | 0.00 | $526.86 | $426.90 | 99.96 | ($99.96) | N/A |
| MANA | 2,007.92 | 2,007.92 | 0.00 | $173.71 | $738.93 | -565.22 | $565.22 | N/A |
| MATIC | 5,727.69 | 7,899.61 | -2,171.92 | $6,450.48 | $8,543.04 | -2,092.56 | $95.49 | N/A |
| MKR | 0.00 | 0.01 | -0.01 | $0.00 | $5.34 | -5.34 | $5.34 | N/A |
| NKN | 100.00 | 100.00 | 0.00 | $141.20 | $28.57 | 112.63 | ($112.63) | N/A |
| NMR | 10.00 | 10.06 | -0.06 | $284.86 | $614.38 | -329.52 | $329.52 | N/A |
| NU | 2,339.67 | 2,344.79 | -5.12 | $975.06 | $917.25 | 57.81 | ($57.81) | N/A |
| OMG | 204.37 | 204.37 | 0.00 | $526.90 | $751.97 | -225.07 | $225.07 | N/A |
| OXT | 4,406.98 | 3,556.94 | 850.04 | $1,192.39 | $1,313.06 | -120.67 | $334.85 | $116.82 |
| QUICK | 8.38 | 8.38 | 0.00 | $7,862.98 | $6,160.31 | 1,702.67 | ($1,702.67) | N/A |
| RARI | 25.05 | 25.05 | 0.00 | $638.44 | $554.27 | 84.17 | ($84.17) | N/A |
| REN | 2,004.51 | 2,004.51 | 0.00 | $602.87 | $712.93 | -110.06 | $110.06 | N/A |
| REP | 20.11 | 20.11 | 0.00 | $400.62 | $542.84 | -142.22 | $142.22 | N/A |
| SHIB | 266,098,041.66 | 265,625,049.41 | 472,992.25 | $9,442.19 | $8,951.41 | 490.78 | ($478.16) | $3.46 |
| SKL | 1,277.21 | 1,277.21 | 0.00 | $1,287.16 | $437.65 | 849.51 | ($849.51) | N/A |
| SNX | 35.00 | 35.00 | 0.00 | $367.87 | $422.15 | -54.28 | $54.28 | N/A |
| STORJ | 100.00 | 100.00 | 0.00 | $142.64 | $112.69 | 29.95 | ($29.95) | N/A |
| UMA | 37.46 | 37.46 | 0.00 | $376.81 | $688.34 | -311.53 | $311.53 | N/A |
| UNI | 200.05 | 200.05 | 0.00 | $926.37 | $3,744.21 | -2,817.84 | $2,817.84 | N/A |
| USDC | 0.00 | 637.95 | -637.95 | $0.00 | $637.95 | -637.95 | $637.95 | N/A |
| USDT | 1.41 | 1.41 | 0.00 | $1.41 | $1.40 | 0.01 | ($0.01) | N/A |

|  | Tokens Purchased | Tokens Sold | Net Purchase | Value Spent | Value Received in Sales | Funds Expended | Realized Gains or Losses | Unrealized Gains or Losses |
|---|---|---|---|---|---|---|---|---|
| XLM | 58,272.60 | 31,170.60 | 27,101.99 | $16,625.09 | $6,879.92 | 9,745.17 | ($1,064.83) | ($1,873.08) |
| XRP | 27,600.42 | 18,854.59 | 8,745.83 | $6,861.00 | $4,961.84 | 1,899.16 | $434.74 | $4,917.48 |
| XTZ | 250.49 | 250.49 | 0.00 | $609.30 | $690.01 | -80.71 | $80.71 | N/A |
| XYO | 188,489.75 | 188,489.75 | 0.00 | $7,720.08 | $6,472.47 | 1,247.61 | ($1,247.61) | N/A |
| ZRX | 2,027.54 | 2,027.54 | 0.00 | $559.62 | $1,158.85 | -599.23 | $599.23 | N/A |
| | | | | | | | | |
| FEES: | | | | | | | ($9,374.31) | |
| TOTALS: | 267,177,503.14 | 266,667,784.41 | 509,718.74 | $184,696.67 | $173,800.71 | $10,895.96 | ($10,220.19) | $3,221.32 |
| | | | | | | | Total Realized Losses from Tokens with Net Losses | Total Unrealized Losses from Tokens with Net Losses |
| | | | | | | | ($15,071.08) | ($2,148.67) |

3