UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER UNDERWOOD, LOUIS
OBERLANDER, and ZENEYDA PATIN on
behalf of themselves and all others similarly
situated,

                Plaintiffs,

        v.

COINBASE GLOBAL, INC.,

                Defendant.

Case No. 1:21-cv-08353

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Mitchell Nobel of Selendy & Gay, PLLC, with offices located at 1290 Avenue of the Americas, 17th Floor, New York, New York 10104, hereby appears on behalf of Plaintiffs Louis Oberlander, Henry Rodriguez, and Christopher Underwood in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated:  New York, NY
         December 13, 2021

SELENDY & GAY, PLLC

By:   /s/ *Mitchell Nobel*
      Mitchell Nobel
      1290 Avenue of the Americas
      New York, NY  10104
      Tel: 212-390-9000
      mnobel@selendygay.com

      *Attorneys for Plaintiffs Louis Oberlander, Henry*
      *Rodriguez, and Christopher Underwood*