UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER UNDERWOOD ET AL., *on behalf of themselves and all others similarly situated*

                      Plaintiffs,

       -v-

COINBASE GLOBAL, INC.,

                      Defendant.

21 Civ. 8353 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

       The Court has received plaintiffs' motion for a temporary restraining order, regarding amendments to defendant Coinbase's user agreement that plaintiffs represent are to take place on Monday, January 31, 2022, with potential effects on this pending litigation. *See* Dkts. 24–26. Defendant's response is due Sunday, January 30, 2022, by 4pm; and plaintiffs' reply, if any, is due Sunday, January 30, 2022, by 10pm. In addition to being filed on ECF, these submissions are to be emailed, in full, to the Court's email address, which is engelmayernysdchambers@nysd.uscourts.gov. The Court will thereafter determine whether a hearing is merited before ruling on the application for temporary relief.

       The Court encourages counsel to confer urgently to determine whether a delay of the effective date of defendant's user-agreement amendments is attainable, so as to give the Court more time to consider the issues presented by plaintiffs' application.

       SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                        Paul A. Engelmayer
                                                        United States District Judge

Dated: January 28, 2022
       New York, New York