UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHRISTOPHER UNDERWOOD et al., :
Individually and on Behalf of All Others Similarly : Case No. 1:21-cv-08353(PAE)
Situated, :
 :
                           *Plaintiffs*, :
 :
  v. :
 :
COINBASE GLOBAL, INC., :
 :
                           *Defendant*. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF LARA A. FLATH
## IN OPPOSITION TO PLAINTIFFS' MOTION FOR A
## TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

LARA A. FLATH, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a member of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendant Coinbase Global, Inc. ("Global") in this lawsuit, and an attorney duly admitted to practice in this Court. I represent both Global and non-party Coinbase, Inc.

2. I submit this declaration in support of Defendant's Opposition to Plaintiffs' Motion for a Temporary Restraining Order (the "Opposition") and to transmit to the Court true and correct copies of the following documents to which reference is made in the Opposition:

|  | DESCRIPTION |
|---|---|
| Exhibit A | Letter from Steven L. Bloch and Jordan A. Goldstein to Jay B. Kasner dated January 26, 2022. |
| Exhibit B | Letter from Lara A. Flath to Jordan A. Goldstein and Steven L. Bloch dated January 27, 2022. |
| Exhibit C | Email from Jordan Goldstein to Jay B. Kasner, Lara A. Flath, Alexander C. Drylewski, and Abigail E. Davis dated January 27, 2022, and time stamped 8:54 PM. |

| Exhibit D | Email from Lara A. Flath to Jordan Goldstein dated January 28, 2022, and time stamped 7:48 AM. |
|---|---|
| Exhibit E | Email from Jordan Goldstein to Jay B. Kasner, Lara A. Flath, Alexander C. Drylewski, and Abigail E. Davis dated January 28, 2022, and time stamped 9:16 AM. |
| Exhibit F | Email from Lara A. Flath to Jordan Goldstein dated January 28, 2022, and time stamped 10:04 AM. |
| Exhibit G | Email from Jordan Goldstein to Lara A. Flath, Jay B. Kasner, Alexander C. Drylewski, and Abigail E. Davis dated January 28, 2022, and time stamped 10:11 AM. |
| Exhibit H | Email from Lara A. Flath to Jordan Goldstein, Mitchell Nobel, Steven Bloch, and Ian Sloss dated January 29, 2022, and time stamped 4:50 PM. |
| Exhibit I | Email from Jordan Goldstein to Lara A. Flath, Jay B. Kasner, Alexander C. Drylewski, and Abigail E. Davis dated January 30, 2022, and time stamped 12:38 PM. |
| Exhibit J | Coinbase Global, Inc., Quarterly Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the quarterly period ended September 30, 2021, Form 10-Q. |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
January 30, 2022

/s/ *Lara A. Flath*
LARA A. FLATH