# Exhibit H

| | |
|---|---|
| **From:** | Flath, Lara A (NYC) |
| **Sent:** | Saturday, January 29, 2022 4:50 PM |
| **To:** | 'Jordan Goldstein'; 'Mitchell Nobel'; 'Steven Bloch - Silver Golub & Teitell'; 'Ian Sloss - Silver Golub & Teitell' |
| **Cc:** | Kasner, Jay B (NYC); Drylewski, Alexander C (NYC); Sheehan Davis, Abigail (NYC) |
| **Subject:** | RE: Underwood et al v. Coinbase Global, Inc., 1:21-cv-08353-PAE (S.D.N.Y.) -- meet and confer |

Counsel,

Thank you for meeting and conferring yesterday afternoon. We believe that the proposal we made twice before you filed the Motion by Order to Show Cause and again during our meet and confer (Coinbase Inc. will refrain from enforcing any new dispute resolution provisions as applied to this Action for 7 days) directly responds to the Court's request that we consider delaying the effective date of the updated User Agreement. You continue to reject this proposal.

You proposed that we withhold updates altogether or somehow prevent users from accepting the updated User Agreement. This is broader than the relief you requested in your motion and is not something that we can agree to as it would impose significant harm on Coinbase.

If your position changes, let us know. Given that it does not appear we will reach an agreement, we intend to file our response on Sunday as ordered.

Thanks,
Lara

---

**From:** Flath, Lara A (NYC)
**Sent:** Friday, January 28, 2022 3:31 PM
**To:** 'Jordan Goldstein' <jgoldstein@selendygay.com>; Mitchell Nobel <mnobel@selendygay.com>; Steven Bloch - Silver Golub & Teitell <sbloch@sgtlaw.com>; 'Ian Sloss - Silver Golub & Teitell' <ISloss@sgtlaw.com>
**Cc:** Kasner, Jay B (NYC) <Jay.Kasner@skadden.com>; Drylewski, Alexander C (NYC) <Alexander.Drylewski@skadden.com>; Sheehan Davis, Abigail (NYC) <Abigail.Sheehan@skadden.com>
**Subject:** Underwood et al v. Coinbase Global, Inc., 1:21-cv-08353-PAE (S.D.N.Y.) -- meet and confer

Jordan and all,

Pursuant to the Court's order, we are reaching out to schedule a meet and confer. Are you available at 4 or 4:30 today?

Thank you,
Lara

**Lara A. Flath**
Partner
**Skadden, Arps, Slate, Meagher & Flom LLP**
**One Manhattan West | New York | NY | 10001**
**T: +1.212.735.3717** | **F: +1.917.777.3717** | **M: +1.312.339.2599**
lara.flath@skadden.com