UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER UNDERWOOD ET AL., *on behalf of themselves and all others similarly situated*

Plaintiffs,

-v-

COINBASE GLOBAL, INC.,

Defendant.

21 Civ. 8353 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received the response of defendant Coinbase Global, Inc. ("Coinbase") to plaintiffs' motion for preliminary relief and plaintiffs' reply. *See* Dkts. 28–30; 31–32. The Court thanks counsel for these time-sensitive submissions.

The Court will hold argument on the pending motion on **Friday, February 4, 2022 at 2 p.m.** in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007. Participants are directed to review the District's COVID-19 protocols for courthouse entry, which are available online at https://www.nysd.uscourts.gov/covid-19-coronavirus, to ensure that they will be able to gain access to the courthouse.

To enable the orderly resolution of plaintiffs' motion, defendant proposes to delay enforcement of the amendments to its user agreement as applied to this action. *See* Dkt. 30 at 3, 7. The Court welcomes this proposal. The Court, however, seeks further to assure that actions taken by any plaintiff or putative class member in connection with this litigation that occur prior to that resolution not become the basis of post-resolution enforcement action by Coinbase. Accordingly, the Court directs that Coinbase defer the effective date of the amendments to its user agreement, as applied to this litigation, until the close of the hearing on Friday, February 4,

1

2022. The Court will determine at the hearing whether an extension of this effective date or similar relief is warranted.

    SO ORDERED.

_____<br>
Paul A. Engelmayer<br>
United States District Judge

Dated: January 31, 2022
      New York, New York