UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER UNDERWOOD ET AL, *on behalf of themselves an all other similarly situated,*

Plaintiffs,

-v-

COINBASE GLOBAL, INC.,

Defendant.

---

21 Civ. 8353 (PAE)

Order

PAUL A. ENGELMAYER, District Judge:

To assist the Court in its preparation for oral argument this Friday, February 2, 2022, the Court directs defendant, by February 3, 2022, at 3pm, to file a submission providing the following additional information and/or attaching the following materials:

1. Please provide any intervening versions of the Coinbase User Agreement subsequent to the August 2017 version and prior to the December 2020 version.

2. Please identify which portions of each version of the User Agreements define the term "Coinbase Services," as that term relates to the scope of the User Agreement.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: February 2, 2022
        New York, New York