## SCHEDULE 1

| Exhibit # | Date |
|---|---|
| 1 | September 14, 2017 |
| 2 | March 12, 2018 |
| 3 | March 19, 2018 |
| 4 | April 13, 2018 |
| 5 | June 29, 2018 |
| 6 | July 31, 2018 |
| 7 | August 3, 2018 |
| 8 | October 11, 2018 |
| 9 | October 23, 2018 |
| 10 | November 9, 2018 |
| 11 | December 27, 2018 |
| 12 | January 31, 2019 |
| 13 | January 31, 2019 |
| 14 | September 30, 2019 |
| 15 | October 1, 2019 |
| 16 | October 2, 2019 |
| 17 | October 15, 2019 |
| 18 | October 24, 2019 |
| 19 | November 5, 2019 |
| 20 | November 5, 2019 |
| 21 | November 6, 2019 |
| 22 | November 20, 2019 |
| 23 | December 3, 2019 |
| 24 | May 18, 2020 |

| | |
|:---:|:---:|
| **25** | May 21, 2020 |
| **26** | September 23, 2020 |
| **27** | September 29, 2020 |
| **28** | December 8, 2020 |
| **29** | December 9, 2020 |
| **30** | December 9, 2020 |
| **31** | December 18, 2020 |