UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

CHRISTOPHER UNDERWOOD ET AL., *on behalf of themselves and all others similarly situated*

                              Plaintiffs,

                      -v-

COINBASE GLOBAL, INC.,

                              Defendant.

21 Civ. 8353 (PAE)

ORDER

------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

The Court has received a request to open the courtroom phone line during the oral argument on plaintiffs' application for emergency relief scheduled for today at 2 p.m. The Court grants this request. Members of the public who are interested in auditing today's proceeding may dial into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key.

SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  Paul A. Engelmayer
                                                  United States District Judge

Dated: February 4, 2022
         New York, New York