# Skadden, Arps, Slate, Meagher & Flom llp

one manhattan west
new york, ny 10001
———
tel: (212) 735-3000
fax: (212) 735-2000
www.skadden.com

direct dial
(212) 735-3717
direct fax
(917) 777-3717
email address
Lara.Flath@skadden.com

firm/affiliate offices
———
boston
chicago
houston
los angeles
palo alto
washington, d.c.
wilmington
———
beijing
brussels
frankfurt
hong kong
london
moscow
munich
paris
são paulo
seoul
shanghai
singapore
tokyo
toronto

May 3, 2022

**BY ECF**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Room 1305
New York, New York 10007

      RE: *Underwood, et al. v. Coinbase Global, Inc.*,
         1:21-cv-08353-PAE

Dear Judge Engelmayer:

  We represent Defendants Coinbase Global, Inc., Coinbase, Inc., and Brian Armstrong (collectively, "Defendants") in the above-referenced action. On May 10, 2022, Defendants anticipate filing a joint motion in response to the Amended Complaint. Pursuant to Rules 1A and 3C of Your Honor's Individual Rules and Practices in Civil Cases, we write to respectfully request permission to file a combined memorandum of law of up to 30 pages in support of the motion. Lead Plaintiffs' counsel consents to this request, and the parties have agreed to a corresponding 5 page extension for any opposition.

  The Amended Complaint includes over 1,000 paragraphs of allegations and 15 causes of action pursuant to which Plaintiffs allege Defendants are liable under the federal and state securities laws. The requested page extension will enable Defendants to fully address the issues presented by these allegations, which Defendants anticipate challenging on multiple grounds.

Hon. Paul A. Engelmayer
May 3, 2022
Page 2

                          Respectfully submitted,

                          Lara A. Flath

cc: All Counsel of Record (via ECF)