SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-2628
DIRECT FAX
(917) 777-2628
EMAIL ADDRESS
JAY.KASNER@SKADDEN.COM

January 24, 2023

**VIA ECF**

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 1305
New York, New York 10007

        RE:    *Underwood, et al. v. Coinbase Global, Inc., et al.*,
                   1:21-cv-08353-PAE

Dear Judge Engelmayer:

      We represent Defendants Coinbase Global, Inc., Coinbase, Inc., and Brian Armstrong (collectively, "Defendants") in the above-referenced action. We write pursuant to Your Honor's Individual Rule 3(J) to alert the Court that Defendants' Motion to Dismiss the Amended Complaint has been fully briefed for more than 60 days.

                                      Respectfully submitted,

                                      /s/ *Jay B. Kasner*

                                      Jay B. Kasner

cc:      All counsel of record (via ECF)