**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
CHRISTOPHER UNDERWOOD et al.,
Individually and on Behalf of All Others
Similarly Situated,

                      Plaintiffs,

        -against-                                      21 **CIVIL** 8353 (PAE)

                                                                  **JUDGMENT**

COINBASE GLOBAL, INC., COINBASE, INC.,
and BRIAN ARMSTRONG,

                      Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 1, 2023, the Court has dismissed all claims in the AC. The federal claims are dismissed with prejudice. The state-law claims are dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      February 1, 2023

                                                             **RUBY J. KRAJICK**

                                                                  **Clerk of Court**

                          **BY:**         K. Mango

                                                                  **Deputy Clerk**