UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER UNDERWOOD, LOUIS
OBERLANDER, and HENRY RODRIGUEZ
on behalf of themselves and all others
similarly situated,

                Plaintiffs,

       v.

COINBASE GLOBAL, INC., COINBASE,
INC., and BRIAN ARMSTRONG

             Defendant.

Case No. 1:21-cv-08353-PAE

**<u>NOTICE OF APPEAL</u>**

Notice is hereby given that Christopher Underwood, Louis Oberlander, and Henry Rodriguez, on behalf of themselves and all others similarly situated, by and through their undersigned counsel, hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order Granting Defendants' Motion to Dismiss (ECF No. 71, the "Order"), signed and entered on February 1, 2023, and the Judgment (ECF No. 72, the "Judgment"), signed and entered on February 1, 2023, in the above-captioned action. This appeal is taken from each and every part of the Order and Judgment, and from the Order and Judgment as a whole.

Dated:   New York, New York                    Respectfully submitted,
         February 9, 2023

By: _/s/ Steven L. Bloch_                      By: _/s/ Jordan A. Goldstein_
Steven L. Bloch                                Jordan A. Goldstein
Ian W. Sloss                                   SELENDY GAY ELSBERG PLLC
SILVER GOLUB & TEITELL LLP                     1290 Avenue of the Americas
184 Atlantic Street                            New York, NY 10104
Stamford, CT 06901                             Tel: 212-390-9000
Tel: 203-325-4491                              jgoldstein@selendygay.com
sbloch@sgtlaw.com
isloss@sgtlaw.com

_Attorneys for Plaintiffs Christopher Underwood, Louis Oberlander, Henry Rodriguez, and the Putative Class_