UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER UNDERWOOD, *et al.*,

                Plaintiffs,

-v-

COINBASE GLOBAL, INC.,

                Defendant.

21 Civ. 8353 (PAE)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

    On February 1, 2023, the Court dismissed plaintiffs' First Amended Complaint, which asserted claims under Section 12(a)(1) of the Securities Act of 1933; under Section 29(b) of the Securities Exchange Act of 1934; and under state law. Dkt. 71. The Court dismissed plaintiffs' federal claims on the merits, and declined to exercise supplemental jurisdiction over plaintiffs' state law claims. On April 5, 2024, the Second Circuit reversed in part and affirmed in part, holding that plaintiffs had plausibly alleged claims under Section 12(a)(1), but not under Section 29. Dkt. 72. The Circuit further held that the Court had original jurisdiction over plaintiffs' state law claims, without addressing the merits of those claims. The Circuit remanded for further proceedings. On April 30, 2024, the Circuit's mandate issued, returning the case to this Court's supervision. Dkt. 75.

    The Court directs the parties promptly to confer and to submit, by May 8, 2024, a joint letter proposing next steps in this case.

SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: May 1, 2024
       New York, New York