# Skadden, Arps, Slate, Meagher & Flom LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-3717
DIRECT FAX
(917) 777-3717
EMAIL ADDRESS
LARA.FLATH@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

October 28, 2024

**VIA ECF**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2201
New York, New York 10007

          RE:   *Underwood, et al. v. Coinbase Global, Inc.*,
                  1:21-cv-08353-PAE

Dear Judge Engelmayer:

    We represent Defendants Coinbase Global, Inc., Coinbase, Inc. and Brian Armstrong (collectively, "Defendants") in the above-referenced action. We write pursuant to Rule 3.F of Your Honor's Individual Rules and Practices in Civil Cases to respectfully request oral argument on Defendants' Motion for Judgment on the Pleadings. (ECF No. 82.) We believe oral argument will aid the Court in resolving the issues raised in the motion.

                                                          Respectfully,

                                                          */s/ Lara A. Flath*

                                                          Lara A. Flath

cc:    All counsel of record (via ECF)