UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER UNDERWOOD, *et al.*,

                          Plaintiffs,

-v-

COINBASE GLOBAL, INC., *et al.*,

                          Defendants.

21 Civ. 8353 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court is in receipt of the parties' joint letter setting out their respective positions as to certain discovery disputes. Dkt. 116. The Court presently does not see a need for a pre-motion conference as to those disputes. The Court intends to resolve them based on the parties' written submissions, Dkt. 116 at 1–11, and will seek to do so promptly.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: July 14, 2025
       New York, New York