SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-3717
DIRECT FAX
(917) 777-3717
EMAIL ADDRESS
LARA.FLATH@SKADDEN.COM

September 19, 2025

**VIA ECF**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2201
New York, New York 10007

          RE: *Underwood, et al. v. Coinbase Global, Inc.*, <u>1:21-cv-08353-PAE</u>

Dear Judge Engelmayer:

    On behalf of Defendants Coinbase Global, Inc., Coinbase, Inc., and Brian Armstrong, we write to respectfully request that the Court dismiss Lead Plaintiff Oberlander's ("Mr. Oberlander") claims. We have conferred with Plaintiffs' counsel, who do not oppose this request.

    On July 23, 2025, Plaintiffs moved for the Court to: (i) withdraw Plaintiffs' counsel's appearance for Mr. Oberlander; and (ii) issue an order to show cause why Mr. Oberlander's claims should not be dismissed without prejudice. (ECF 119, the "Motion.") The Motion noted that "Mr. Oberlander has failed to cooperate with the prosecution of this matter, including refusing to produce documents in compliance with this Court's Order . . . and has become unresponsive to counsel's attempts to reach him." (Motion at 2.) On July 25, 2025, the Court ordered Mr. Oberlander to

Hon. Paul A. Engelmayer
September 19, 2025
Page 2

show cause by August 1, 2025 why his claims should not be dismissed. (ECF 120, the "Order to Show Cause.")

      Mr. Oberlander has since taken no action in this matter in response to the Order to Show Cause or otherwise. As the deadline for fact discovery is approaching on October 3, 2025, (ECF 105), Defendants respectfully request that the Court dismiss Mr. Oberlander's claims so as to obviate the need to take discovery from him.

      We thank the Court for its time and attention to this matter.

Respectfully,

*/s/ Lara A. Flath*

Lara A. Flath

cc:    All counsel of record (via ECF)