UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------

CHRISTOPHER UNDERWOOD, LOUIS OBERLANDER, *and* HENRY RODRIGUEZ, *on behalf of themselves and all others similarly situated*,

                           Plaintiffs,

-v-

COINBASE GLOBAL, INC., COINBASE, INC., *and* BRIAN ARMSTRONG,

                           Defendants.

21 Civ. 8353 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On July 23, 2025, named plaintiffs Christopher Underwood and Henry Rodriguez (1) moved to withdraw their counsel's appearance for co-named-plaintiff Louis Oberlander, and (2) asked the Court to issue an order to show cause why Oberlander's claims should not be dismissed without prejudice. Dkt. 119. Underwood and Rodriguez asserted that Oberlander had "failed to cooperate with the prosecution of this matter, including refusing to produce documents in compliance with this Court's Order [at Dkt. 118] and has since become unresponsive to counsel's attempts to reach him." *Id.* at 2.

On July 25, 2025, the Court ordered Oberlander to show cause, by August 1, 2025, why his claims should not be dismissed without prejudice, based on his lack of communication with his counsel, and his reported refusal to produce documents as required. Dkt. 120 at 1. It directed plaintiffs' counsel to serve the order on Oberlander by email, and to attempt to notify him of the same by telephone and/or voicemail. *Id.*

The same day, the Court granted plaintiffs' counsel leave to withdraw as counsel of record for Oberlander. Dkt. 121. It noted that these same counsel would continue to represent

the other named plaintiffs, Underwood and Rodriguez, and serve as co-lead counsel for the putative class under Federal Rule of Civil Procedure 23(g)(3) in this action. *Id.*

On September 19, 2025, defendants Coinbase Global, Inc., Coinbase, Inc., and Brian Armstrong moved—without opposition from counsel for Underwood and Rodriguez—for dismissal of Oberlander's claims. Dkt. 127 at 1. They noted that Oberlander had not acted in response to the July 25, 2025 order to show cause. *Id.* at 2. And, they stated, dismissing Oberlander's claims would obviate the need to take discovery of him before the approaching fact discovery deadline of October 3, 2025. *Id.*; *see* Dkt. 105.

Oberlander has failed to respond to the July 25, 2025 order to show cause, or otherwise take any action to make progress in this case since that order. Accordingly, under Federal Rule of Civil Procedure 41(b) and the Court's inherent power, *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–32 (1962), Court hereby dismisses Oberlander's claims in this case, without prejudice, for failure to prosecute.

The Clerk of Court is respectfully directed to terminate Louis Oberlander as a party in this action, and to amend the case caption accordingly.

SO ORDERED.

*Paul A. Engelmayer*
_____
Paul A. Engelmayer
United States District Judge

Dated: September 22, 2025
　　　　New York, New York