# Selendy|Gay



September 30, 2025

**Via ECF**

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

**Re:** *Underwood v. Coinbase Global, Inc.*, No. 1:21-cv-8353 (PAE) (S.D.N.Y.)

Dear Judge Engelmayer:

Pursuant to Paragraph 4.B.2 of this Court's Individual Rules and Practices, the District's Standing Order regarding Procedures for Access to and Service of Sealed Documents (25-mc-00421), and Section 6 of the District's ECF Rules & Instructions, Plaintiffs respectfully submit this letter motion for leave to file certain portions of Plaintiffs' September 30, 2025, discovery-dispute letter ("Plaintiffs' Discovery Dispute Letter") and Exhibits C and D thereto provisionally under seal until October 20, 2025, to permit Defendants to take additional steps in regard to sealing these documents.

Under Paragraph 5 of the Protective Order governing this action, each deposition transcript, as well as the exhibits thereto, "will be treated as if it had been designated Confidential" for thirty days following the conclusion of the deposition. ECF No. 110 ¶ 5. Plaintiffs' Discovery Dispute Letter quotes from and paraphrases portions of the transcript of the September 19, 2025, deposition of one of Defendants' corporate designees under Federal Rule of Civil Procedure 30(b)(6) (the "September 19 Deposition Transcript"). In addition, excerpts of the September 19 Deposition Transcript, as well as an exhibit thereto, are attached as Exhibits C and D to Plaintiffs' Discovery Dispute Letter.

Plaintiffs recognize that confidential business interests must be weighed against the strong presumption of public access to the courts, *Video Software Dealers Ass'n v. Orion Pictures Corp. (In re Orion Pictures Corp.)*, 21 F.3d 24, 26 (2d Cir. 1994), and Plaintiffs take no position as to the propriety of any confidentiality designations or permanent sealing of Plaintiffs' Discovery Dispute Letter or Exhibits C and D thereto.

Nevertheless, in the spirit of protecting Defendants' thirty-day period under Paragraph 5 of the Protective Order to identify any specific portions of Plaintiffs' Discovery Dispute Letter or exhibits thereto that Defendants believe should be permanently sealed, Plaintiffs respectfully request leave to file provisionally under seal, until October 20, 2025, the unredacted copy of Plaintiffs' Discovery Dispute Letter and Exhibits C and D thereto. A redacted copy of Plaintiffs' Discovery Dispute Letter and non-confidential Exhibits A and B will be filed publicly.

Hon. Paul A. Engelmayer
September 30, 2025

Respectfully submitted,

| SELENDY GAY PLLC | SILVER GOLUB & TEITELL LLP |
|---|---|
| */s/ Jordan A. Goldstein* | */s/ Steven L. Bloch* |
| Jordan A. Goldstein | Steven L. Bloch |
| 1290 Avenue of the Americas, 20th Floor | 1 Landmark Square, 15th Floor |
| New York, NY 10104 | Stamford, CT 06901 |
| (212) 390-9008 | (203) 325-4491 |
| jgoldstein@selendygay.com | sbloch@sgtlaw.com |

*Counsel for Plaintiffs and Proposed Class*

cc:     All counsel of record (via ECF)