UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER UNDERWOOD *et al.*, *on behalf of themselves and all others similarly situated*,

Plaintiffs,

-v-

COINBASE GLOBAL, INC. *et al.*,

Defendants.

21 Civ. 8353 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Due to a conflict with a hearing on an application for emergency relief which the Court has been obliged to schedule for the same day, the pre-motion conference is adjourned to Wednesday, February 18, 2026 at 2:30 p.m.  As before, the conference will be held in Courtroom 1305 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: February 5, 2026
        New York, New York