UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER UNDERWOOD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COINBASE GLOBAL, INC., *et al.*, <br><br> Defendants. | Case No. 1:21-cv-08353 (PAE) |

### STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING ON MOTIONS FOR SUMMARY JUDGMENT

Plaintiffs Christopher Underwood and Henry Rodriguez (together, "Plaintiffs") and Defendants Coinbase Global, Inc., Coinbase, Inc., and Brian Armstrong (together, "Defendants," and collectively with Plaintiffs, the "Parties") hereby stipulate and agree to the following with respect to the above-captioned action (the "Action"):

WHEREAS, on March 7, 2025, the Court issued a Civil Case Management Plan (Dkt. 105) bifurcating discovery and directing the Parties to front-load resolution of "whether Defendants acted as 'statutory sellers' for purposes of Section 12(a)(1) of the Securities Act of 1933 and analogous Blue Sky laws";

WHEREAS, on October 10, 2025, the Court issued a Modified Civil Case Management Plan (Dkt. 139) requiring the parties to submit initial pre-motion letters in support of summary judgment on the "statutory seller" issue by January 28, 2026, and any responses to such pre-motion letters by February 4, 2026;

WHEREAS, on February 18, 2026, the Court held a pre-motion conference concerning the Parties' anticipated motions for summary judgment on the "statutory seller" issue and directed the Parties to submit a proposed briefing schedule;

**NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE TO THE FOLLOWING:**

1. The Parties shall file a Joint Statement of Material Undisputed Facts Pursuant to Local Rule 56.1 by March 20, 2026.

2. The Parties shall file their respective motions for summary judgment on the "statutory seller" issue and opening briefs by April 20, 2026.

   a. Plaintiffs' motion shall be limited to "corporate inventory" transactions.

   b. Defendants' motion shall be limited to non-"corporate inventory" transactions.

3. The Parties shall file their answering briefs by May 22, 2026. Defendants' cross-motion for summary judgment on corporate inventory transactions shall be included within Defendants' answering brief.

4. The Parties shall file any reply briefs by June 17, 2026. Plaintiffs' opposition to Defendants' cross-motion shall be included within Plaintiffs' reply brief.

5. Opening and answering briefs shall be limited to no more than 35 pages, inclusive of any arguments concerning any cross-motions. Reply briefs shall be limited to no more than 15 pages, inclusive of any arguments concerning any cross-motions. All briefs shall otherwise comply with Local Rule 7.1. Parties may also submit their own Statements of Material Facts Pursuant to Local Rule 56.1 with their respective opening and answering briefs, in accordance with Rule 3.K.1. of the Court's Individual Rules and Practices in Civil Cases.

6. There shall be no further briefing on any motions or cross-motion except with leave of the Court for good cause shown.

**SO STIPULATED AND AGREED:**

| | |
|---|---|
| */s/ Jordan A. Goldstein* | */s/ Lara A. Flath* (by consent) |
| Jordan A. Goldstein | Lara A. Flath |
| SELENDY GAY PLLC | Alexander C. Drylewski |
| 1290 Sixth Avenue, 17th Floor | SKADDEN, ARPS, SLATE, MEAGHER & |
| New York, NY 10104 | FLOM LLP |
| Telephone: (212) 390-9000 | One Manhattan West |
| jgoldstein@selendygay.com | New York, NY 10001 |
| | Telephone: (212) 735-3000 |
| Steven L. Bloch | lara.flath@skadden.com |
| Ian W. Sloss | alexander.drylewski@skadden.com |
| SILVER GOLUB & TEITELL LLP | |
| 1 Landmark Square – 15th Floor | *Attorneys for Defendants Coinbase Global,* |
| Stamford, CT 06901 | *Inc., Coinbase, Inc., and Brian Armstrong* |
| Telephone: (203) 325-4491 | |
| sbloch@sgtlaw.com | |
| isloss@sgtlaw.com | |

*Attorneys for Plaintiffs and the Proposed Class*

**SO ORDERED:**

Dated: _____

_____
Hon. Paul A. Engelmayer
United States District Judge

3