UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER UNDERWOOD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COINBASE GLOBAL, INC., *et al.*, <br><br> Defendants. | Case No. 1:21-cv-08353 (PAE) |

**STIPULATION CONCERNING TOKENS AT ISSUE**

Plaintiffs Christopher Underwood and Henry Rodriguez (together, "Plaintiffs") and Defendants Coinbase Global, Inc., Coinbase, Inc., and Brian Armstrong (together, "Defendants," and collectively with Plaintiffs, the "Parties") hereby stipulate and agree to the following with respect to the above-captioned action (the "Action"):

WHEREAS, on March 11, 2022, Plaintiffs, along with former Plaintiff Louis Oberlander ("Oberlander"), filed the Amended Complaint (Dkt. 43) asserting claims with respect to 79 digital assets (each a "Token") traded under the following symbols: 1INCH, AAVE, ACH, ADA, AGLD, ALGO, AMP, ANKR, ARPA, ATOM, AUCTION, AXS, BAL, BAND, BAT, BNT, BOND, BTRST, CGLD, CLV, COMP, CRO, CRV, CTSI, CVC, DNT, DOGE, DOT, ENJ, EOS, FARM, FET, FIL, FORTH, GNT, GRT, GTC, ICP, IOTX, KEEP, KNC, LINK, LOOM, LRC, MANA, MATIC, MKR, MLN, NKN, NMR, NU, OGN, OMG, ORN, OXT, PLA, POLY, QNT, QUICK, RARI, REN, REP, RLC, SHIB, SKL, SNX, SOL, STORJ, SUSHI, TRB, TRIBE, UMA, UNI, XLM, XRP, XTZ, XYO, YFI, and ZRX;

WHEREAS, on September 22, 2025, the Court issued an order (Dkt. 128) dismissing Oberlander's claims in this case, without prejudice, for failure to prosecute;

WHEREAS, of the 79 Tokens at issue in the Complaint, 19 Tokens—traded under the symbols 1INCH, AXS, BOND, CTSI, DOT, ENJ, GNT, KEEP, LOOM, MLN, OGN, ORN, PLA, POLY, QNT, RLC, SOL, SUSHI, and TRB (together, the "Excluded Tokens")—were purchased solely by Oberlander, and not by Plaintiffs;

WHEREAS, to streamline their claims in this Action and in the interest of judicial economy, Plaintiffs state that they do not intend to pursue remedies in this Action with respect to the Excluded Tokens, and they wish to pursue their claims only with respect to the Tokens purchased by one or both Plaintiffs, which traded under the following symbols: AAVE, ACH, ADA, AGLD, ALGO, AMP, ANKR, ARPA, ATOM, AUCTION, BAL, BAND, BAT, BNT, BTRST, CGLD, CLV, COMP, CRO, CRV, CVC, DNT, DOGE, EOS, FARM, FET, FIL, FORTH, GRT, GTC, ICP, IOTX, KNC, LINK, LRC, MANA, MATIC, MKR, NKN, NMR, NU, OMG, OXT, QUICK, RARI, REN, REP, SHIB, SKL, SNX, STORJ, TRIBE, UMA, UNI, XLM, XRP, XTZ, XYO, YFI, and ZRX (together, the "At-Issue Tokens");

**NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE TO THE FOLLOWING:**

1. In this Action, Plaintiffs shall not pursue any claims, or seek any relief, with respect to any of the Excluded Tokens.

2. Plaintiffs reserve all rights to pursue claims, and seek appropriate relief, with respect to any and all of the At-Issue Tokens.

3

**SO STIPULATED AND AGREED:**

| | |
|---|---|
| */s/ Jordan A. Goldstein* <br> Jordan A. Goldstein <br> SELENDY GAY PLLC <br> 1290 Sixth Avenue, 17th Floor <br> New York, NY 10104 <br> Telephone: (212) 390-9000 <br> jgoldstein@selendygay.com <br><br> Steven L. Bloch <br> Ian W. Sloss <br> SILVER GOLUB & TEITELL LLP <br> 1 Landmark Square – 15th Floor <br> Stamford, CT 06901 <br> Telephone: (203) 325-4491 <br> sbloch@sgtlaw.com <br> isloss@sgtlaw.com <br><br> *Attorneys for Plaintiffs and the Proposed Class* | */s/ Lara A. Flath* (by consent) <br> Lara A. Flath <br> Alexander C. Drylewski <br> SKADDEN, ARPS, SLATE, <br> MEAGHER & FLOM LLP <br> One Manhattan West <br> New York, NY 10001 <br> Telephone: (212) 735-3000 <br> lara.flath@skadden.com <br> alexander.drylewski@skadden.com <br><br> *Attorneys for Defendants Coinbase Global, Inc., Coinbase, Inc., and Brian Armstrong* |

3