UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHRISTOPHER UNDERWOOD, et al., on    :
behalf of themselves and all others similarly    :
situated,    :    Case No. 1:21-cv-08353 (PAE)
   :
           *Plaintiffs*,    :    **JOINT STATEMENT OF**
   :    **UNDISPUTED FACTS**
    v.    :
   :
COINBASE GLOBAL, INC., et al.,    :
   :
           *Defendants*.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to the Court's Order, entered February 24, 2026 (ECF 157), the parties, through their undersigned counsel, respectfully submit the following joint statement of undisputed facts ("JSF"). The facts set forth herein are agreed to solely for purposes of determining resolution of the statutory seller issue and shall be without prejudice to either party's ability to challenge a particular "fact" based upon subsequent discovery and/or testimony. The parties acknowledge that because there are additional facts that are not included herein, the JSF is not to be construed as a complete recitation of all the facts relevant to this action. The parties do not consent that the facts recited below are relevant and/or admissible to this action.

## I.    THE COINBASE TRADING PLATFORMS

1.    Defendant Coinbase Inc. ("Coinbase") is a wholly-owned subsidiary of defendant Coinbase Global, Inc. ("Coinbase Global").

2.    Defendant Brian Armstrong is the CEO of Coinbase Global.

3.    Coinbase offers a suite of services, including the two trading platforms at issue in this litigation, to allow its customers to buy, sell, and use digital assets (including the 60 Tokens remaining that Plaintiffs alleged are unregistered "securities").[1]

---

[1]    Consistent with the Court's order on bifurcation, Defendants reserve all rights to argue that none of these 60 Tokens are "securities" if summary judgment is not granted in their favor on the statutory seller issue.

4.      "Digital assets," sometimes referred to as "crypto assets," "cryptocurrencies," or "tokens," are essentially computer code entries on blockchain-based ledgers that record the owners' transactions, certain rights to access an application, service, or computer code.

5.      During the Relevant Time Period, the two trading platforms (the "Trading Platforms" or "Coinbase Platforms") were known as Coinbase Simple and Coinbase Advanced.[2]

6.      Any Coinbase user can sign up for either Trading Platform.

7.      Each Trading Platform is a centralized trading platform for digital assets.  When a user wishes to trade digital assets on a centralized platform, she must first create an account.  When the user deposits digital assets into that deposit address, Coinbase will credit her account with the corresponding digital asset.  Coinbase tracks users' digital assets and fiat currency deposited in and withdrawn from their Coinbase accounts and maintains customer cash and digital asset balances through its internal ledgering processes.

8.      Among other things, a centralized trading platform offers trade and settlement services, along with additional compliance measures.

9.      Each Trading Platform allows users to, among other things, deposit or withdraw fiat currency, buy and sell digital assets, and track, manage, and store digital assets.

10.     Coinbase Simple is a streamlined product offering customers the ability to buy, sell, hold and convert digital assets.

11.     Coinbase Simple has been referred to as "Coinbase Retail," "Coinbase Consumer," "simple retail," or "simple trade."

12.     Coinbase Advanced is a trading interface that enables more complex trading parameters than on Coinbase Simple.

13.     Coinbase Advanced offers additional trading tools, including the ability to place different order types and view each digital asset's Order Book (defined below).

14.     Coinbase Advanced was originally referred to as "Coinbase Pro."

15.     Coinbase Pro migrated to Coinbase Advanced in 2022 and was ultimately discontinued on or around November 20, 2023.

16.     Individual Coinbase consumer users, like Plaintiffs and members of the purported class, are sometimes referred to as "retail" users.

---

[2]    For purposes of the JSF, the "Relevant Time Period" is defined as October 8, 2019 (the start of the alleged class period) through September 30, 2024 (the end of fact discovery).  Relevant Time Period is not intended as a concession by either party as to any factual or legal arguments relating to the proper class period or class certification.

17. Coinbase also offers institutional services, which are not at issue in this litigation, though institutional investors may also transact on Coinbase Simple and Coinbase Advanced.

## II.    THE COINBASE USER AGREEMENT

18. To sign up for a Coinbase account and trade on either Trading Platform, all users are required to agree to the terms and conditions set forth in the then-operative Coinbase User Agreement.

19. Coinbase, Inc. is the only Coinbase entity that is a signatory to the User Agreement.

20. Coinbase Global is not identified on the face of the document as a party to the User Agreement.

21. The Trading Platforms are governed by the same User Agreement, but some provisions apply only to Coinbase Advanced or Coinbase Simple.

22. During the Relevant Time Period, every User Agreement contained the following sections:

> **2.6 Digital Asset Custody and Title.**  All Digital Currencies held in your Digital Currency Wallet are custodial assets held by Coinbase for your benefit, as described in further detail below.
>
> **2.6.1 Ownership.**  Title to Digital Currency shall at all times remain with you and shall not transfer to Coinbase.  As the owner of Digital Currency in your Digital Wallet, you shall bear all risk of loss of such Digital Currency.  Coinbase shall have no liability for Digital Currency fluctuations.  None of the Digital Currencies in your Digital Currency Wallet are the property of, or shall or may be loaned to, Coinbase; Coinbase does not represent or treat assets in User's Digital Currency Wallets as belonging to Coinbase.  Coinbase may not grant a security interest in the Digital Currency held in your Digital Currency Wallet.  Except as required by a facially valid court order, or except as provided herein, Coinbase will not sell, transfer, loan, hypothecate, or otherwise alienate Digital Currency in your Digital Currency Wallet unless instructed by you.
>
> **2.6.2 Control.**  You control the Digital Currencies held in your Digital Currency Wallet.  At any time, subject to outages, downtime, and other applicable policies, you may withdraw your Digital Currency by sending it to a different blockchain address.  As long as you continue to custody your Digital Currencies with Coinbase, Coinbase shall retain control over electronic private keys associated with blockchain addresses operated by

Coinbase, including the blockchain addresses that hold your Digital Currency.[3]

23. From January 2019 through September 2020, Section 3.2 of the User Agreement, then titled "Purchase or Sale of Digital Currency," contained the following language: "When you purchase (buy) Digital Currency from Coinbase (or from a third-party using Coinbase Pro) this transaction is intended to effect a sale of Digital Currency."

24. On or about September 3, 2020, Coinbase amended "from Coinbase" in Section 3.2 to "on the Coinbase Site."

25. From September 3, 2020 through the remainder of the Relevant Time Period, the User Agreement contained the following language in Section 3.2, titled "Transactions on the Coinbase Site": "When you purchase (buy) or sell Digital Currency on the Coinbase Site, you are not buying Digital Currency from Coinbase or selling Digital Currency to Coinbase.  Coinbase acts as the agent, transacting on your behalf, to facilitate that purchase or sale between you and other Coinbase customers."

26. From approximately January 2019 until January 2022, Section 1.3 of the User Agreement, then titled "Registration of Coinbase Account," contained the following language: "We may, in our sole discretion, refuse to open a Coinbase Account, or limit the number of Coinbase Accounts that you may hold or suspend or terminate any Coinbase Account or the trading of specific Digital Currency in your account."

27. On or about January 31, 2022, Coinbase renumbered the section then titled "Registration of Coinbase Account" as Section 1.2, and amended the relevant language to read as follows: "We may, in our sole discretion, refuse to open a Coinbase Account, suspend or terminate any Coinbase Account, suspend or terminate the sending of Digital Assets from your account, or suspend or terminate the trading of Digital Assets in your account."

28. From approximately January 2019 until January 2022, Section 7.5 of the User Agreement, then titled "Prohibited Uses," contained the following language: "We reserve the right to cancel and/or suspend your Coinbase Account(s) and/or block transactions or freeze funds immediately and without notice if we determine, in our sole discretion, that your Account is associated with a Prohibited Use and/or a Prohibited Business."

29. From approximately January 2019 until January 2022, Appendix 1 of the User Agreement ("Prohibited Use, Prohibited Businesses and Conditional Use") specified that "Prohibited Use" included unlawful activity, abusive activity, abuse of others, fraud, gambling, and intellectual property infringement.  Appendix 1 further specified that "Prohibited Businesses" included investment and credit services; restricted financial

---

[3]    As of approximately June 1, 2022, Coinbase renumbered the above sections to 2.7, 2.7.1, and 2.7.3, respectively, and renamed Section 2.6.2 above to "Control and Customer Instructions."  On or about January 31, 2022 and May 11, 2022, Coinbase made certain changes to the User Agreement that are immaterial to this litigation.  For example, Coinbase replaced "Digital Currency" with "Supported Digital Assets" and removed "applicable" from "all applicable fees."

services; intellectual property or proprietary rights infringement; counterfeit or unauthorized goods; regulated products and services; drugs and drug paraphernalia; pseudo-pharmaceuticals; substances designed to mimic illegal drugs; adult content and services, multi-level marketing; unfair, predatory, or deceptive practices; and high-risk businesses.

30.    Every User Agreement in effect during the Relevant Time Period contained an amendments clause, which provided that:

> We may amend or modify this Agreement at any time by posting the revised agreement on the Coinbase Site and/or providing a copy to you (a "Revised Agreement").  The Revised Agreement shall be effective as of the time it is posted but will not apply retroactively.  Your continued use of the Services after the posting of a Revised Agreement constitutes your acceptance of such Revised Agreement.

31.    Every User Agreement in effect during the Relevant Time Period also contained a fee provision, which provided that "[b]y using Coinbase Services you agree to pay all applicable fees."

## III.    OPERATIONS OF THE COINBASE TRADING PLATFORMS

### A.    Creating and Funding a Coinbase Account

32.    Users must register for a Coinbase account to be able to buy, sell, convert, or store digital assets on the Coinbase Platforms.

33.    Creating a Coinbase account is free.

34.    Once a user creates a Coinbase account, the user can deposit funds into their Coinbase account for trading purposes.

35.    Users can fund their Coinbase account through various mechanisms, including (a) depositing fiat currency into their account via a debit card, credit card, PayPal, Apple Pay, Google Pay or ACH payment to their account; (b) transferring or receiving digital assets from another trading platform; and (c) transferring or receiving digital assets from another digital asset wallet into their account.

### B.    Wallets and Custody

36.    Coinbase offers a hosted wallet used to store digital assets.

37.    A hosted wallet is one for which a third party—in this case Coinbase—holds the cryptographic keys necessary to access the wallet.

38.    All digital assets held in Coinbase wallets are held and registered on the blockchain under Coinbase's name and identified in Coinbase's internal ledger.

39. A user's Coinbase account reflects the digital assets that a user is permitted to transfer or withdraw from their Coinbase-hosted wallet.

40. Coinbase acts as the custodian for hosted wallets on the Coinbase Platforms.

41. Coinbase custodies users' digital assets in omnibus wallets, separated by digital asset type.

42. Digital assets belonging to multiple users are stored in omnibus wallets.

## C.    Placing an Order

43. Coinbase users can access the Trading Platforms via the Coinbase website or Coinbase mobile application.

44. To place an order, users generally must have an available balance in their Coinbase account that is sufficient to cover the total value of the order plus any applicable fees.

45. Coinbase maintains a central order book for each digital asset available for trading, which tracks the current buy orders and sell orders for the digital asset (an "Order Book").

46. Each Order Book displays the price a buyer or seller is willing to pay or receive, as well as the quantity they seek to buy or sell at each price.

  i.    *The Advanced Platform*

47. Coinbase Advanced enables a variety of order types, including limit orders and market orders.

48. A limit order specifies the price at which the user is willing to buy or sell a specific quantity of a digital asset.

49. A market order is an order to buy or sell a specific quantity of a digital asset at the best available price of all existing orders on the Order Book.

50. To submit an order, Advanced users must specify parameters in addition to digital asset and quantity, including the specific order type.

51. Coinbase displays to Advanced users real time data on bid and ask prices, trading volume, and trade history.

  ii.    *The Simple Platform*

52. Coinbase Simple provides a simplified trading interface.

53. To submit an order using Coinbase Simple, a user navigates to the trade screen, selects the digital asset they wish to buy or sell, and inputs the intended buy or sell quantity.

54.    On the Coinbase Simple trading interface, Coinbase provides the user a price quote for an inputted quantity of a particular digital asset.

55.    The Coinbase Simple Platform refreshes the price quote for each digital asset every few seconds to account for updated user activity on the Order Book.

56.    If a user clicks "buy", that quoted price is locked in.

57.    If the user does not click "buy", the price quote will update, and the user will have a few seconds to lock in the updated (displayed) price quote before it refreshes again.

58.    Simple orders must be executed in their entirety, otherwise they are canceled.

59.    Once an order is placed, a brief electronic hold is placed on the user's account to prevent the pledged digital assets from being used for other purposes or doubly pledged.

### D.    Matching Engine

60.    When an Advanced user submits an order, Coinbase routes the order to its automated matching engine to process orders and emit matches ("Matching Engine").

61.    The Matching Engine uses an algorithm for finding counterparties to an order.

62.    The Matching Engine matches new Advanced orders with orders previously submitted to the Order Book that have not been executed.

63.    Advanced orders not instantly matched will remain at "rest" on the Order Book until filled, expired, or canceled.

64.    Up until around February 2021, on the Simple Platform, the Matching Engine would first attempt to match each Simple order with orders submitted by other users of Simple submitted within the same period of 250 milliseconds.

65.    Those Simple orders that were matched would be offset against each other.

66.    Any remaining net amount from orders not fully matched and offset with other Simple orders would then be placed on the Advanced Platform using a limit "fill-or-kill" order (so the entire net order had to be matched in order to execute).  If the order for the net amount was executed within approximately six seconds, the remaining Simple orders would be completed.  Alternatively, if the batch order posted to the Advanced Platform was not filled, the Simple orders generally would be rejected.

67.    The pre-February 2021 process described above would be performed approximately every 250 milliseconds on the Simple Platform.

68.    Since around February 2021, the Matching Engine submits Simple orders directly to the Order Book for matching with either Simple or Advanced orders.

69. If a Coinbase Simple order is not filled, Coinbase notifies the user that their order was rejected.

70. Coinbase reserves the right to cancel open orders on the Order Book for any reason, in Coinbase's sole discretion, including, but not limited to, in the following circumstances:

- Orders placed by users who, in Coinbase's discretion, have engaged in abusive use of the platform, for example, Market Manipulation, or using the API in a manner that unreasonably burdens the platform;

- Orders which under the circumstances involve an error with respect to price, quantity, or other parameters–a "clearly erroneous transaction";

- If required by any applicable law or regulation, including specifically where Coinbase is required to suspend or terminate a Trader's Coinbase Advanced Trade, Coinbase Advanced Account or Coinbase Account; or

- If required for technical reasons.

71. In addition to matching orders, Coinbase clears and settles the transaction internally.

72. "Clearing" refers to the updating of records to reflect that a transaction has occurred.

73. "Settlement" refers to the exchange of assets (for example, the exchange of U.S. Dollars for Bitcoin).

74. During payment processing periods, Coinbase restricts the customer's ability to move digital assets off-platform to reduce the risk of loss.

### E.    Ledgering

75. Transactions on the Coinbase Platforms generally occur off-chain, meaning they are not reflected on any public blockchain records.

76. To track transactions of digital assets on the Coinbase Platforms, Coinbase maintains an internal ledgering system.

77. The Coinbase internal ledger records all transactions and the counterparties involved.

78. Once a trade settles, the Coinbase ledger updates to reflect the crediting and debiting of accounts in connection with the trade.  For example, if Customer A places an order to buy 1 Bitcoin and that order is matched with Customer B's order to sell 1 Bitcoin, Coinbase's internal ledgering system will credit 1 Bitcoin to the account of Customer A and deduct 1 Bitcoin from the account of Customer B.

79. After a trade is settled and the ledger is updated, each affected user's account will reflect the outcome of the trade.

80.    The updating of both the Coinbase ledger and users' accounts happens near instantaneously.

### F.    Coinbase's Accounting for Digital Assets and Risk Exposure

81.    Coinbase does not record digital assets credited to customer accounts as assets of Coinbase on its financial statements.

82.    Because Coinbase provides Simple users with a price quote for an inputted quantity of a particular digital asset, which refreshes every few seconds, it is possible for the price to change between the time a price is quoted and the time an order is executed.

83.    The Matching Engine rejects Simple orders when the price of a digital asset has moved by more than 0.1% in either direction of the price used to calculate the price quoted to the user.

### G.    Fees

84.    Coinbase generally charges transaction fees for its role in facilitating transactions.

85.    For orders on Coinbase Simple, Coinbase generally charges a fee calculated as a percentage of the total value of the order, which it discloses to users when they buy, sell, or convert digital assets, in addition to any spread that is incorporated into the quoted price.

86.    For orders on Coinbase Advanced, Coinbase charges a fee based on whether the order is a "taker order" (one that matches the price of one or more pending orders) or a "maker order" (one that does not), following a tiered fee schedule.

87.    Coinbase lists the fees included in the digital asset price in the trade preview screen.

## IV.    COINBASE PROVIDES INFORMATION REGARDING DIGITAL ASSETS

88.    Coinbase provides descriptive information regarding hundreds of digital assets via its website and app, including through pages dedicated to a specific digital asset.  These "digital asset pages" include both digital assets that are available for trading on the Trading Platforms as well as digital assets that are not available for trading.

89.    Each digital asset page generally includes a general description of the digital asset, general price information, its white paper (if applicable), and link to the digital asset issuer's website.

90.    Coinbase does not charge a fee for creating or hosting a digital asset page or for listing a digital asst for trading on either Trading Platform.

91.    Each digital asset page includes pricing information for the digital asset.

92. This includes pricing information for digital assets available for trading on the Coinbase Platforms and those that are not.

93. The Coinbase Simple interface displays a quoted price on every digital asset page.

94. For digital assets that are not available for trading on the Trading Platforms, Coinbase displays pricing data obtained from third parties.

## V.   CORPORATE INVENTORY TRANSACTIONS

95. Coinbase maintains a corporate inventory of digital assets.

96. For any orders that were filled with Coinbase's corporate inventory during the Relevant Time Period, Coinbase owned the digital assets that were delivered to the user prior to them being delivered.

97. Coinbase never advertised inventory transactions as a feature of the Trading Platforms on its website or in any marketing materials.

98. Coinbase's User Agreement, Help Page, and blog did not represent to the users that Coinbase may fulfill orders from its corporate inventory.

99. Users do not learn the identity of a party that fulfills an order, regardless of whether an order is fulfilled via the Matching Engine or from Coinbase's corporate inventory.

## VI.   PLAINTIFFS' PURCHASES ON THE TRADING PLATFORMS

100. Lead Plaintiff Henry Rodriguez is a citizen and resident of New Jersey.  During the Relevant Time Period, Rodriguez transacted in a number of digital assets on the Trading Platforms from New Jersey.

101. Lead Plaintiff Christopher Underwood is a citizen and resident of Florida.  During the Relevant Time Period, Underwood transacted in a number of digital assets on the Trading Platforms from Florida.

102. Lead Plaintiff Rodriguez testified to considering prices when deciding whether to buy or sell digital assets.

103. Lead Plaintiff Underwood testified that he consulted information on Coinbase including digital asset prices, descriptions, and historical pricing graphs.

Dated:  New York, NY
        March 20, 2026


/s/ Jordan A. Goldstein (by consent)         /s/ Lara A. Flath
Jordan A. Goldstein                          Jay B. Kasner
SELENDY GAY PLLC                             Lara A. Flath
1290 Sixth Avenue, 20th Floor                Alexander C. Drylewski
New York, NY 10104                           SKADDEN, ARPS, SLATE,
(212) 390-9000                                MEAGHER & FLOM LLP
jgoldstein@selendygay.com                    One Manhattan West
                                             New York, NY 10001
Steven L. Bloch                              (212) 735-3000
Ian W. Sloss                                 jay.kasner@skadden.com
SILVER GOLUB & TEITELL LLP                   lara.flath@skadden.com
1 Landmark Square - 15th Floor               alexander.drylewski@skadden.com
Stamford, CT 06901
(203) 325-4491
sbloch@sgtlaw.com                            *Attorneys for Defendants Coinbase Global,*
isloss@sgtlaw.com                            *Inc., Coinbase, Inc., and Brian Armstrong*


*Attorneys for Plaintiffs and the*
*Proposed Class*

11