April 17, 2026

**VIA ECF**

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2201
New York, New York 10007

      **RE:**   *Underwood, et al. v. Coinbase Global, Inc.*, No. 1:21-cv-08353-PAE

Dear Judge Engelmayer:

Pursuant to Rule 1.E of this Court's Individual Rules and Practices, all Parties respectfully submit this joint letter-motion to propose a process and deadline for submitting proposed sealing and redactions for all forthcoming summary judgment briefing to the Court.

Pursuant to the So-Ordered Stipulation and Order Regarding Briefing on Motions for Summary Judgment, the Parties shall file their respective motions for summary judgment on the "statutory seller" issue and opening briefs by April 20, 2026; their answering briefs by May 22, 2026 (with Defendants' cross-motion for summary judgment on certain transactions included in their answering brief); and replies by June 17, 2026 (with Plaintiffs' opposition to Defendants' cross-motion included in their reply brief). (ECF 157.)

Because of the large volume of potential redactions and sealed exhibits likely to be involved in these filings, the Parties believe that a modification of the procedures set forth in Rule 4.B.3 of Your Honor's Individual Rules and Practices in Civil Cases would be beneficial as it would provide for a streamlined and more efficient process. The Parties jointly request that the Court order as follows:

1. The Parties will provisionally file all of their papers under temporary seal by the deadlines set forth above;

2. The Parties will serve unredacted copies of all papers by email on the other Parties by the deadlines set forth above;

3. By July 2, 2026 (fifteen (15) days after the deadline to serve reply briefs), any Party wishing to seal materials will file a letter-motion to seal, along with proposed redacted copies and highlighted copies, pursuant to the procedure outlined in Rule 4.B.3 of Your Honor's Individual Rules. The letter-motion will be filed by the Party seeking to maintain information under seal and will include justifications for any redactions and/or sealing.

We appreciate the Court's consideration of this request.

Hon. Paul A. Engelmayer
April 17, 2026


Respectfully submitted,

/s/ Jordan A. Goldstein (by consent)
Jordan A. Goldstein
Corey Stoughton
SELENDY GAY PLLC
1290 Sixth Avenue
17th Floor
New York, NY 10104
(212) 390-9008
jgoldstein@selendygay.com
cstoughton@selendygay.com

Steven L. Bloch
Ian W. Sloss
SILVER GOLUB & TEITELL LLP
1 Landmark Square, 15th Floor
Stamford, CT 06901
(203) 325-4491
sbloch@sgtlaw.com
isloss@sgtlaw.com

Counsel for Plaintiffs and Proposed
Class

/s/ Lara A. Flath
Lara A. Flath
Alexander C. Drylewski
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
lara.flath@skadden.com
alexander.drylewski@skadden.com

Counsel for Defendants Coinbase
Global, Inc., Coinbase, Inc., and Brian
Armstrong


GRANTED.

SO ORDERED.

Date: April 20, 2026
      New York, New York

Paul A. Engelmayer

_____
PAUL A. ENGELMAYER
United States District Judge

2