UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHRISTOPHER UNDERWOOD, et al., on    :
behalf of themselves and all others similarly    :
situated,    :    Case No. 1:21-cv-08353 (PAE)
   :
        *Plaintiffs*,    :
   :
    v.    :
   :
COINBASE GLOBAL, INC., et al.,    :
   :
        *Defendants*.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, an associate of the law firm of Skadden,

Arps, Slate, Meagher & Flom LLP, hereby enters an appearance as counsel for Defendants

Coinbase Global, Inc., Coinbase, Inc., and Brian Armstrong in the above-captioned action.


Dated:  New York, New York
      April 20, 2026

                     */s/ James M. Johnston*
                     James M. Johnston
                     SKADDEN, ARPS, SLATE,
                      MEAGHER & FLOM LLP
                     One Manhattan West
                     New York, New York 10001
                     Phone: (212) 735-3000
                     Fax:    (212) 735-2000
                     james.johnston@skadden.com

                     *Counsel for Defendants Coinbase Global,*
                     *Inc., Coinbase, Inc., and Brian Armstrong*

1