UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| CHRISTOPHER UNDERWOOD, et al., on behalf of themselves and all others similarly situated, : : : : | Case No. 1:21-cv-08353 (PAE) |
| *Plaintiffs*, : : | |
| v. : : | |
| COINBASE GLOBAL, INC., et al., : : | |
| *Defendants*. : : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants Coinbase Global, Inc., Coinbase, Inc., and Brian Armstrong, upon the accompanying (i) Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment, (ii) Defendants' Statement of Undisputed Material Facts, (iii) the Declaration of Lara A. Flath, dated April 20, 2026, and the exhibits thereto and the previously filed Joint Statement of Undisputed Facts, dated March 20, 2026 (ECF 158) hereby move this Court, before the Honorable Paul A. Engelmayer—Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, Courtroom 1305—for an Order granting them summary judgment.

Dated: New York, New York
April 20, 2026

Respectfully submitted,

*/s/  Lara A. Flath*

Jay B. Kasner
Lara A. Flath
Alexander C. Drylewski
James M. Johnston
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Phone: (212) 735-3000
Fax:   (212) 735-2000
jay.kasner@skadden.com
lara.flath@skadden.com
alexander.drylewski@skadden.com
james.johnston@skadden.com

*Attorneys for Defendants Coinbase Global, Inc., Coinbase, Inc., and Brian Armstrong*