UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER UNDERWOOD, *et al.*,

Plaintiffs,

v.

COINBASE GLOBAL, INC., et al.,

Defendants.

Case No. 1:21-cv-08353 (PAE)

**<u>NOTICE OF MOTION</u>**

PLEASE TAKE NOTICE that, pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiffs Christopher Underwood and Henry Rodriguez, upon the accompanying (i) Plaintiffs' Memorandum of Law in Support of Their Motion for Partial Summary Judgment, (ii) Plaintiffs' Statement of Material Undisputed Facts, (iii) the Declaration of Jordan A. Goldstein, dated April 20, 2026, and the exhibits thereto, and (iv) the previously filed Joint Statement of Undisputed Facts, dated March 20, 2026 (Dkt. 158), hereby move this Court, before the Honorable Paul A. Engelmayer—Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, Courtroom 1305—for an order granting them partial summary judgment that Defendant Coinbase, Inc. is a statutory seller for purposes of Section 12(a)(1) of the Securities Act of 1933, 15 U.S.C. § 77*l*(a)(1), and analogous state laws as to digital tokens sold from its corporate inventory.

Dated:    April 20, 2026                          Respectfully submitted,
        New York, NY

SELENDY GAY PLLC                                  SILVER GOLUB & TEITELL LLP

By: */s/ Jordan A. Goldstein*                     By: */s/ Steven L. Bloch*
Jordan A. Goldstein                               Steven L. Bloch
Corey Stoughton                                   Ian W. Sloss
1290 Avenue of the Americas                       1 Landmark Square – 15th Floor
New York, NY 10104                                Stamford, CT 06901
Tel: 212-390-9000                                 Tel: 203-325-4491
jgoldstein@selendygay.com                         sbloch@sgtlaw.com
cstoughton@selendygay.com                         isloss@sgtlaw.com

*Counsel for Plaintiffs and the Proposed Class*