UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHRISTOPHER UNDERWOOD, et al., on behalf of themselves and all others similarly situated,

                      *Plaintiffs*,

     v.

COINBASE GLOBAL, INC., et al.,

                      *Defendants*.

:
:
:
:
:
:
:
:
:
:
:
:
:
:

Case No. 1:21-cv-08353 (PAE)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

I, Lara A. Flath, counsel for Defendants Coinbase Global, Inc., Coinbase, Inc., and Brian Armstrong, hereby certify that on April 20, 2026, true and correct copies of the following documents filed under seal were served upon counsel of record for all Lead Plaintiffs via email:

1. Defendants' Memorandum of Law in Support of their Motion for Summary Judgment.
2. Defendants' Rule 56.1 Statement of Material Facts.
3. Declaration of Lara A. Flath with Exhibits.

Dated: New York, New York
       April 20, 2026

                                       */s/  Lara A. Flath*
                                       Jay B. Kasner
                                       Lara A. Flath
                                       Alexander C. Drylewski
                                       James M. Johnston
                                       SKADDEN, ARPS, SLATE,
                                              MEAGHER & FLOM LLP
                                     One Manhattan West
                                     New York, New York 10001
                                     Phone: (212) 735-3000
                                     Fax:   (212) 735-2000

                                     *Attorneys for Defendants Coinbase Global, Inc., Coinbase, Inc., and Brian Armstrong*