# CAHILL GORDON & REINDEL LLP

32 OLD SLIP
NEW YORK, NY 10005

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

| | | |
|---|---|---|
| 1990 K STREET, N.W. | 221 W. 10th STREET | 20 FENCHURCH STREET |
| WASHINGTON, DC 20006 | WILMINGTON, DE 19801 | LONDON EC3M 3BY |
| (202) 862-8900 | (302) 884-0000 | +44 (0) 20 7920 9800 |

April 27, 2026

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 1305
New York, New York 10007

> **Re:** **Letter Motion of The Digital Chamber for Leave to File *Amicus Curiae* Brief *Underwood* v. *Coinbase Global, Inc.*, No. 21 Civ. 8353 (PAE)**

Dear Judge Engelmayer:

We write on behalf of The Digital Chamber ("TDC") to seek leave of this Court to file the attached *amicus curiae* brief in aid of the Court's consideration of the Defendants' Motion for Summary Judgment, ECF No. 164.

Among other things, TDC advocates for a clear and workable legal environment in the digital asset and blockchain industry. TDC's more than 250 members include digital asset exchanges, leading banks and investment firms, and other market participants who build, use, and custodially support blockchain-based technologies in the United States and globally. As the oldest and largest trade association in the industry, TDC seeks to provide this Court with relevant expertise and broader policy context to help inform its decision.

The attached brief explains the far-reaching consequences of deeming Coinbase a "statutory seller" under Section 12 of the Securities Act. Such a ruling would convert neutral marketplace functions into primary-seller liability, harming consumers, competition, innovation, and traditional financial market participants. For these reasons, TDC respectfully requests the Court's permission to submit the attached brief as *amicus curiae*. Defendants consent to our filing; Plaintiffs take no position.

TDC appreciates the Court's consideration of this request.

CAHILL GORDON & REINDEL LLP

2

Respectfully submitted,

**CAHILL GORDON & REINDEL LLP**

By:     */s/ Samson A. Enzer*
        Samson A. Enzer
        Lewis Rinaudo Cohen
        Miles C. Wiley, IV
        Gregory Mortenson
        Victoria H. Yuhas
        32 Old Slip
        New York, NY 10005
        (212) 701-3000

        *Counsel for Amicus Curiae*
        *The Digital Chamber*

cc: All Counsel of Record (via ECF)