UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER UNDERWOOD *et al.*, *on behalf of themselves and all others similarly situated,*

Plaintiffs,

-v-

COINBASE GLOBAL, INC. *et al.*,

Defendants.

21 Civ. 8353 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court hereby schedules oral argument on the pending motions for summary judgment at 9:30 a.m. on Wednesday, July 15, 2026, for which the parties have confirmed their availability. Argument shall be in-person, in courtroom 1305 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: May 14, 2026
       New York, New York