**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CHRISTOPHER UNDERWOOD, LOUIS
OBERLANDER, and ZENEYDA PATIN on behalf
of themselves and all others similarly situated,

               Plaintiffs,

          v.

COINBASE GLOBAL, INC.,

               Defendant.

Case No. 1:21-cv-08353 (PAE)

**MOTION TO WITHDRAW AS COUNSEL**

---

Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Babak Ghafarzade, hereby move this Court for an order withdrawing as counsel for Plaintiffs and the Proposed Class, in the above-captioned matter. Selendy Gay PLLC and Silver Golub & Teitell LLP will remain the counsel of record for Plaintiffs and the Proposed Class in this case.

Dated: New York, NY
       July 31, 2026

Respectfully submitted,

By:   /s/       *Babak Ghafarzade*
          Babak Ghafarzade
          SELENDY GAY PLLC
          1290 Avenue of the Americas
          New York, NY  10104
          Tel: 212-390-9085
          bghafarzade@selendygay.com

          *Counsel for Plaintiffs and the Proposed Class*